**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS**

| | | |
|---|---|---|
| METROPLEX COMMUNICATIONS, INC., on behalf of itself and all others similarly situated, | ) ) ) | |
| | ) | Case No. 3:22-CV-1455-DWD |
| Plaintiff, | ) | |
| | ) | JURY TRIAL DEMANDED |
| v. | ) | |
| | ) | |
| META PLATFORMS, INC., | ) | |
| | ) | |
| Defendant. | ) | |

**<u>FIRST AMENDED CLASS ACTION COMPLAINT</u>**

## TABLE OF CONTENTS

NATURE OF THE ACTION ...................................................................................1

THE PARTIES.........................................................................................................2

JURISDICTION AND VENUE ..............................................................................3

FACTUAL ALLEGATIONS ...................................................................................3

I.     Meta Competes with Metroplex and Other Class Members for Digital Advertising Revenue....................................................................................................................4

II.    Meta Advertises and Promotes Itself as a Real Identity Platform .......................8

III.   Meta Advertises and Promotes the Number of People Using Facebook, that Facebook Advertisements are Served to Real People, and that an Audience Consists of Real People .....................................................................................................10

IV.   Meta Advertises and Promotes Its Monthly Active Users, Daily Active Users, and User Growth.........................................................................................................17

V.    Meta Advertises and Promotes a Consistently Low Percentage of Unauthorized Duplicate and False Accounts ............................................................................20

      A.     Since 2018, Meta Has Repeatedly Stated That Approximately 11% of its Worldwide Monthly Average Users are Duplicate Accounts ....................20

      B.     Since 2018, Meta Has Repeatedly Stated That Approximately 5% of its Worldwide Monthly Average Users are False Accounts.................................23

      C.     Meta Advertises and Promotes the Number of Monthly Active Users in the United States and Canada, But Does Not Indicate What Percentage of Those Are Duplicate or False Accounts .........................................23

VI.   Meta Advertises and Promotes the Number of People in a Facebook Audience and Eventually States These Numbers are Different from Monthly or Daily Active Users ...................................................................................................................24

      A.     Reach.........................................................................................................24

      B.     Potential Reach (through late October 2021)..........................................25

      C.     Meta Changed "Potential Reach" to "Estimated Audience Size" (late October 2021 to present)................................................................32

      D.     Achieved Reach .......................................................................................37

VII.  For Years, Meta Has Been Inflating, and Continues to Inflate, Potential Reach and Estimated Audience Size ........................................................................38

VIII.  Meta's False and/or Misleading Statements of Fact ............................................50

  A.  Meta Has Knowingly Been Making, and Continues to Make, False and/or Misleading Statements to Advertisers about Reaching People and Ads Being Shown to and Seen by People ........................................50

  B.  Meta Has Knowingly Been Making, and Continues to Make, False and/or Misleading Statements to Advertisers about its Audience Size, Growth and Engagement, and the Percent of Duplicate and False Accounts .................................................................................53

  C.  Meta Has Knowingly Been Making, and Continues to Make, False and/or Misleading Statements to Advertisers by Inflating its Potential Reach, Estimated Audience Size, and Achieved Reach and by Stating these Figures Represent "People" ........................................63

IX.  Meta's False and/or Misleading Statements of Fact were Made in Widely Disseminated Commercial Advertisements or Promotions ................................70

  A.  Statements on Meta's Website ................................................................70

  B.  Statements in Meta's Public Filings ........................................................74

  C.  Statements on Ads Manager ....................................................................79

X.  Meta's False and/or Misleading Statements of Fact Actually Deceived or had a Tendency to Deceive Consumers ........................................................................82

XI.  The Deception is Material and Likely to Influence Purchasing Decisions ........85

XII.  Metroplex and the Class Have Been or are Likely to be Injured as a Result of Meta's False and/or Misleading Statements ........................................................89

XIII.  Meta's False and/or Misleading Statements Cause Unfair Competition with Metroplex and the Class ..........................................................................................93

CLASS ALLEGATIONS ......................................................................................95

COUNT I:  Violation of the Lanham Act (15 U.S.C. § 1125(a)) ............................98

COUNT II:  Violation of the Illinois Uniform Deceptive Trade Practices Act (815 ILCS 510/1 *et seq.*) ........................................................................100

PRAYER FOR RELIEF ..........................................................................................102

JURY DEMAND ......................................................................................................103

Plaintiff, Metroplex Communications, Inc. ("Metroplex"), on behalf of itself and on behalf of all others similarly situated, for its First Amended Complaint against Defendant Meta Platforms, Inc., formerly known as Facebook, Inc., (referred to herein as "Meta" or "Facebook"), states as follows:[1]

## <u>NATURE OF THE ACTION</u>

1.     This lawsuit seeks redress under the Lanham Act and the Illinois Uniform Deceptive Trade Practices Act for Meta's false and misleading statements in its advertising and promotions regarding the amount of people on the Facebook platform and its statements about potentially and actually delivering advertisements to people.

2.     At its core, Meta, formerly known as Facebook, Inc., is an advertising company.

3.     Meta primarily generates revenue by selling digital advertisements for placement on the Facebook platform.

4.     Metroplex, a competitor of Meta, also sells advertisements to businesses seeking to reach consumers.

5.     The law permits and encourages competition between businesses, but both federal and Illinois state law prohibit *unfair* competition—and that is the genesis of this lawsuit. Metroplex brings claims of unfair competition on behalf of itself and a class of similarly situated competitors of Meta.

6.     Throughout the relevant time period, Meta has made false and/or misleading statements regarding its ability to reach real people, its audience size, and the metrics material to consumers considering purchasing advertisements from Meta—including, but not limited to, falsely stating or misrepresenting that Facebook is a real identity platform and that advertisements

---

[1] This amended complaint is filed pursuant to Fed. R. Civ. P. 15(a)(2) after obtaining the opposing party's written consent. *See* Doc. 30.

will be shown to and reach people; the number of people using Facebook; its audience size; the percentage of duplicate accounts and false accounts; the number of monthly active users, daily active users, and its growth; the figures for potential reach, estimated audience size, and achieved reach of advertising campaigns; and the description of potential reach, estimated audience size, and achieved reach, including that these metrics represent "people."

7.     Meta made these false and/or misleading statements for the purpose of, *inter alia*, influencing potential advertisers to buy, and to continue buying, the main product Meta sells: digital advertising.

8.     Meta has been paid hundreds of billions of dollars for digital advertising over the past three years alone and, as such, has become one of the world's most valuable companies. As a result of Meta's false and/or misleading statements, however, Metroplex and the class of similarly situated competitors have been injured, and are likely to continue being injured, by diversion of their sales to Meta, and/or by lessening of the goodwill associated with their products in light of the false and/or misleading statements Meta has made and continues to make.

## **THE PARTIES**

9.     Metroplex is an Illinois corporation with its principal place of business in Illinois. It is, therefore, a citizen of Illinois. Metroplex offers advertising services to businesses. It sells and places digital and targeted advertisements on its local news website, advantagenews.com, and the "Best of Edwardsville" website, sells radio advertisements for its stations 94.3 FM, 107.1 FM, and 1570 AM, and print advertisements that are placed in local newspapers and in the "Best of Edwardsville" magazine.  Metroplex also develops tools and systems for managing and optimizing advertising campaigns for businesses.

10.     Meta is a Delaware corporation with its principal place of business in California. It is, therefore, a citizen of Delaware and California.

## JURISDICTION AND VENUE

11.     This Court has personal jurisdiction over Meta because Meta purposefully directs its activities at residents of Illinois and this litigation arises out of, or relates to, Meta's contacts with Illinois.

12.     Pursuant to 28 U.S.C. § 1331, this Court has original jurisdiction over Metroplex's claims arising under federal law. Pursuant to the Class Action Fairness Act, 28 U.S.C. § 1332(d), this Court has original jurisdiction over Metroplex's claims because Metroplex and Meta are citizens of different states, the total claims of Class Members exceed $5,000,000 exclusive of interest and costs, and there are at least 100 Class Members. The Court has supplemental jurisdiction over Metroplex's state law claim pursuant to 28 U.S.C. § 1367.

13.     Venue is proper in this District pursuant to 28 U.S.C. § 1391(b) because a substantial part of the events giving rise to each claim occurred within this judicial district or because this Court has personal jurisdiction over Meta.

## FACTUAL ALLEGATIONS

14.     Meta owns and operates the social media platform, Facebook.

15.     At its core, Meta is a digital advertising company. As self-described in its most recent Annual Report filed with the United States Securities and Exchange Commission ("SEC"), "We generate substantially all of our revenue from advertising. The loss of marketers, or reduction in spending by marketers, could seriously harm our business."[2]

---

[2]   Meta   2021   10-K,   p.   15,   https://www.sec.gov/Archives/edgar/data/1326801/000132680122000018/fb-20211231.htm.

16.     In 2021, Meta generated nearly $115 billion in advertising revenue.[3]

17.     In 2021, more than $48 billion of Meta's revenue originated in the United States.[4]

I.      **Meta Competes with Metroplex and Other Class Members for Digital Advertising Revenue**

18.     The digital advertisement market has greatly expanded in the past decade.  In 2008, ad-buyers in the U.S. spent over $23 billion on digital advertisements. In 2021, ad-buyers in the U.S. spent approximately $210 billion on digital advertising. In 2022, ad-buyers in the U.S. are expected to spend approximately $240 billion on digital advertisements. The market is expected to surpass $315 billion by 2025.[5]

19.     Meta alone accounts for approximately 25% of the market for digital advertisements.[6]

20.     In its public filings with the SEC, Meta readily acknowledges it competes with companies like Metroplex: "We compete with companies providing connection, sharing, discovery, and communication products and services to users online, as well as companies that sell advertising to businesses looking to reach consumers and/or develop tools and systems for managing and optimizing advertising campaigns."

21.     Meta acknowledges to federal regulators and its shareholders the vast competition it faces within the marketplace: "We face significant competition in every aspect of our business . . . ."

---

[3] *Id.* p. 65.
[4] *Id.* p. 94.
[5] "US Digital Ad Spending, 2020-2025," Insider Intelligence, https://www.insiderintelligence.com/chart/251593/us-digital-ad-spending-2020-2025-billions-change (last visited Sept. 26, 2022).
[6] "US Triopoly Digital Ad Revenue Share, by Company, 2019-2023," Insider Intelligence, https://www.insiderintelligence.com/chart/251266/us-triopoly-digital-ad-revenue-share-by-company-2019-2023-of-total-digital-ad-spending- (last visited Sept. 26, 2022).

22.     Over the years, advertisers have increasingly turned to Meta as a way to reach people.  In February 2015, Meta had approximately 2 million active advertisers on Facebook.[7] By the second quarter of 2018, Meta had 6 million advertisers on Facebook.[8] By 2020, "over 10 million businesses have used Facebook advertising, the majority of which are small to medium-sized businesses."[9]

23.     The growth of advertising on Meta has often come at the expense of digital outlets providing local news, such as Metroplex, who rely on digital advertising as a primary source of revenue.

24.     A study released in June 2022 by Northwestern University's Medill School of Journalism found that the "vise-like grip on digital advertising by Big Tech" has been a major factor in the significant decline of local news outlets, as it has left "digital and broadcast outlets unable to support a large newsroom with the digital dollars they've been able to attract."[10]

25.     The study found newspapers are shutting down at an average of more than two per week, and that the country has lost more than one-fourth of its newspapers—about 2,500 overall —since 2005. It is on track to lose one-third by 2025. The local news market now consists of 150 large metro or regional "dailies" and 6,227 small community "dailies" or "weeklies." That has created so-called "news deserts," where one out of five people in the U.S. have limited access to local news, as shown in the map below:[11]

---

[7] Meta for Business, "Thank You," Feb. 24, 2015, https://www.facebook.com/business/news/two-million-advertisers.
[8] Meta 2Q 2018 Earnings Call Transcript, p. 22, *available at* https://s21.q4cdn.com/399680738/files/doc_financials/2018/Q2/Q218-earnings-call-transcript.pdf.
[9] https://www.facebook.com/business/small-business/advertise (last visited Sept. 26, 2022).
[10] Abernathy, Penny, "The State of Local News, The 2022 Report" *Northwestern Univ. Medill School of Journalism,* June 29, 2022, https://localnewsinitiative.northwestern.edu/research/state-of-local-news/report/.
[11] *Id.*

## How many newspapers in your area?



No newspapers    One newspaper    Two or more newspapers

26.     The surviving news outlets have cut staff and circulation significantly under financial pressure, reducing their ability to fill the gap when communities lose their local newspapers.

27.     From 2005 to 2021, total newspaper revenues declined 60%, from $50 billion to $20 million. "During the same period newspaper employment dropped 70 percent, from 375,000 in 2006 to 104,000. . . . The number of journalists declined in lockstep with revenue decreases–by almost 60 percent from 75,000 in 2005 to 31,400 in 2021," as reflected below.[12]

---

[12] *Id.*



Chart: Medill Local News Initiative • Source: Bureau of Labor Statistics • Get the data • Embed • Download image • Created with Datawrapper

28.     A survey of digital outlets in 2020 to 2021 found that more than half of the 255 sites had annual revenues of less than $100,000. Further, only one in five believed they had achieved sustainability.[13]

29.     Many of those surveyed relied on a single source for the majority of annual income, and for-profit sites depended on local advertising for the majority of their revenue.[14]

---

[13] *Id.* at https://localnewsinitiative.northwestern.edu/posts/2022/08/11/digital-news-business-models/index.html.
[14] *Id.*

30.     Metroplex, which owns a digital outlet providing local news to the region, depends on local advertising revenues. It is one of only a few local news outlets in the region in a shrinking local news market.

31.     Most of Metroplex's ad-buyers are small to medium sized businesses, but it also collects some advertising revenue from political or "social" advertising.

32.     According to Meta, the majority of its ad-buyers are also small to medium sized businesses.[15] But it also collects advertising revenues from political or "social" advertising.

33.     Thus, Metroplex is competing with Meta for the same digital advertising dollars.

34.     Metroplex also competes with Meta for digital advertising dollars by offering businesses tools and systems for managing and optimizing advertising campaigns.

35.     Metroplex, and other sellers of digital advertisements, already must compete with Meta, one of the largest companies in the world, for the same ad-buyers. Meta is permitted to compete fairly but should not be permitted to compete unfairly.

## II.     Meta Advertises and Promotes Itself as a Real Identity Platform

36.     Meta has long represented that it requires users to have just one master account that must be connected to a real person.

37.     According to Meta, this policy helps prevent impersonation and scams.

38.     Because of this, Meta has characterized itself as a "real identity platform" that bars users from having multiple personal accounts. As Kirthiga Reddy, the head of Facebook India, explained in 2014: "[W]e are a real identity platform. We have a whole team making sure we keep that trust."[16]

---

[15] https://www.facebook.com/business/small-business/advertise (last visited Sept. 26, 2022).
[16] Shelley Singh & Chaitali Chakravarty, "Buying likes is not a valid business model: Kirthiga Reddy, FB India head" *The Economic Times*, Feb. 4, 2014, https://economictimes.indiatimes.com/opinion/interviews/buying-likes-is-not-a-valid-business-model-kirthiga-reddy-fb-india-head/articleshow/29843614.cms.

39.     Thus, Meta states: "Authenticity is the cornerstone of our community. . . . [W]e require people to connect on Facebook using the name they go by in everyday life. Our authenticity policies are intended to create a safe environment where people can trust and hold one another accountable."[17]

40.     Accordingly, Meta does not permit businesses to create a Facebook account. Rather, a real person, using his or her individual account, may create a Facebook "Page" for a business or entity, which page is connected to a real person's account (or the accounts of multiple real people).

41.     If a business inadvertently creates a Facebook account, Meta deems it a "false" account, which, according to its SEC filings includes "user-misclassified accounts, where users have created personal profiles for a business, organization, or non-human entity such as a pet (such entities are permitted on Facebook using a Page rather than a personal profile under our terms of service)."

42.     And, as set forth more fully below, Meta works to remove, and actually removes, billions of active false accounts every quarter.

43.     The perception that advertisements will be shown to and reach real people is material to consumers deciding whether to purchase advertisements from Meta or to instead purchase advertisements from a competitor of Meta.

---

[17] https://transparency.fb.com/policies/community-standards/account-integrity-and-authentic-identity/ (last visited Sept. 30, 2022).

III.    **Meta Advertises and Promotes the Number of People Using Facebook, that Facebook Advertisements are Served to Real People, and that an Audience Consists of Real People**

44.    Meta advertises and promotes to potential ad-buyers that their advertisements will reach "real" people on Facebook because of Meta's policy of only allowing a real person to set up an account.

45.    For example, Meta promotes that advertisers can reach the right people and that "***People are their real selves*** on Facebook, so businesses can confidently reach the customers they want–whether that's hundreds of people, or hundreds of millions":[18]

Reach the right people, and reach a lot of them.

People are their real selves on Facebook, so businesses can confidently reach the customers they want—
whether that's hundreds of people, or hundreds of millions.

46.    According to Meta, advertising to people who share their "true identities" sets Facebook apart from other advertisers. Thus, on its webpage titled "Your Guide to Digital Advertising" under the heading "What are the benefits of advertising online?", Meta states:

> Facebook is different.
>
> People on Facebook share their true identities, interests, life events and more.[19]

47.    Meta also advertises and promotes the reach of the Facebook platform. For example, Meta has a website called "Why Advertise on Facebook." On this website, Meta tells potential ad-buyers that "Your Audience is on Facebook" and "there are 2 billion people active on Facebook each month."[20]

---

[18] https://www.facebook.com/business/industries (last visited Sept. 26, 2022) (emphasis added).
[19] https://www.facebook.com/business/help/1029863103720320 (last visited Sept. 26, 2022).
[20] https://www.facebook.com/business/help/205029060038706 (last visited Sept. 26, 2022) (emphasis added).

48.     On another Meta page geared toward potential Facebook ad-buyers, Meta states there are 2.7 billion **people** using Facebook every month, as reflected below. The footnote indicates this is based on Facebook data from June 2020.[21]



49.     The websites further promote the number of "people" using Facebook each month, including the following example indicating 1.79 billion "**people** use Facebook every day" and 2.7 billion "**people** use Facebook every month."  The footnote indicates this is based on Facebook data from June 2020.[22]



50.     Meta also promotes to potential ad-buyers that it will "show your ads to people":[23]

### Reach everyone, or just a few.

Facebook will automatically show your ads to people who are most likely to find your ads relevant. You can further target your ad delivery with three audience selection tools.

---

[21] https://www.facebook.com/business/marketing/facebook (last visited Sept. 29, 2022) (emphasis added).
[22] *Id.*
[23] https://www.facebook.com/business/ads/ad-targeting (last visited Sept. 26, 2022).

51.     Elsewhere on its website, Meta states in its explanation to potential ad-buyers that it will show ads "to a **person**" and that it will "show [the] ad to **someone**" after an auction "to determine which ad to show to that **person**." Meta states: "When there's an opportunity to show **someone** an ad, the ads with a target audience that the **person** belongs to are eligible to compete in the auction":

> We use an ad auction to determine the best ad to show to a person at a given point in time. The winning ad maximizes value for both people and businesses. Understanding the ad auction can help you understand your ad performance.
>
> When do ad auctions take place?
>
> Each time there's an opportunity to show an ad to someone, an auction takes place to determine which ad to show to that person. Billions of auctions take place everyday across the Facebook family of apps.
>
> Who competes in each auction?
>
> * * * *
>
> When there's an opportunity to show someone an ad, the ads with a target audience that the person belongs to are eligible to compete in the auction.[24]

52.     Meta continues to advertise and promote to potential ad-buyers that "people" will receive, or have actually received, the digital advertisements it sells, often without any qualifying language, as in the following examples:

> Reach gives you a measure of how many people were exposed to your message during an ad campaign. People may not always click on your

---

[24] https://www.facebook.com/business/help/430291176997542?id=561906377587030 (last visited Sept. 26, 2022).

ads, but they may be more likely to engage with your business when they see your message.[25]

\* \* \* \*

On Meta, reach can be a more insightful metric than impressions, because it gives you a measure of how many people were exposed to your message and how efficiently you reached them. It's affected by how well your bid performed in the ad auction, your budget and the effectiveness of your audience targeting.[26]

\* \* \* \*

Once your ad is shown on an advertising platform or website, you may see some of the following terms when results of your ad campaign start coming back:

- **Clicks**: The number of clicks your ads get from people who've seen them.
- **Click-Through Rate** or **CTR**: The number of clicks you received divided by the number of impressions.
- **Impressions**: Advertising platforms may measure impressions differently. At Facebook, impressions are the number of times your ad entered someone's screen for the first time.
- **Reach**: The number of people your ad was shown to.
- **Frequency**: Frequency is the average number of times your ad was shown to a person.
- **CPM (Cost per 1,000 Impressions)**: The average cost you've paid to have 1,000 impressions on your ad.[27]

53.     Part of Meta's website is also directed to promoting Meta advertising to small businesses.

54.     On this website, Meta states to its target audience of ad-buyers that ad-buyers can "Reach the *people* who want to hear from you"; that "You decide who sees your Facebook or Instagram ad"; and that they can "Narrow down your ad's audience by interests, gender or location and use ad targeting to find the *people* most likely to click":[28]

---

[25] https://www.facebook.com/business/help/710746785663278 (last visited Sept. 26, 2022).
[26] https://www.facebook.com/business/help/1461718327429941 (last visited Sept. 26, 2022).
[27] https://www.facebook.com/business/help/1029863103720320 (last visited Sept. 26, 2022).
[28] https://www.facebook.com/business/small-business/advertise (last visited Sept. 26, 2022).

## Reach the people who want to hear from you.

You decide who sees your Facebook or Instagram ad. Narrow down your ad's audience by interests, gender or location and use ad targeting to find the people most likely to click.

55.     Meta also promotes its Achieved Reach metrics as allowing ad-buyers to learn for future ad campaigns, stating that ad-buyers "can see how many *people* reacted to, commented on, shared and clicked on it":[29]

## Learn from your ad's performance.

Every time you run an ad, you can see how many people reacted to, commented on, shared and clicked on it. Use those insights to improve your future ad campaigns.

56.     Near the bottom of this webpage, Meta states: "Ready to find more customers with Facebook ads?" along with a link to "Get Ad Tips." That link leads to another Meta website that purports to provide tips to potential advertisers.

57.     Meta's ad-tips website continues to represent that potential ad-buyers can connect with "people":[30]

## Ads to help reach the right people and your goals.

- Connect with the people you're looking for.
- Share what's unique about your business.
- Turn connections into customers.

---

[29] *Id.*
[30] https://www.facebook.com/business/small-business/advertise/facebook-ads-tips (last visited Sept. 26, 2022).

58.   Meta also states that the consumer's budget is "the amount of money you spend on showing *people* your ads":[31]

## Select the right budget for your business.

When setting up your ad, you'll select a budget, which is the amount of money you spend on showing people your ads. Your ad will be served up against other ads trying to reach the same audience. You can help your ad be more competitive in our ad auction by giving it sufficient budget and time to run.

59.   Meta also advises ad-buyers to "make sure your ad gets seen by *people* most likely to take action" and states that starting with smaller audience sizes will give the ad-buyer "a better chance to find the *people* you're looking for":[32]

## Find the right audience on Facebook.

Help make sure your ad gets seen by people most likely to take action.

**Think about who you want to see your ads.**

Choose your ideal audience using factors like geography, age, gender, language and interests.

**Refrain from narrowing your targeting too much.**

Starting with an audience of between 2 and 10 million people will give you a better chance to find the people you're looking for.

---

[31] *Id.*
[32] *Id.*

60.     Next to this is a statement that the "audience" means "*People* you choose through targeting":[33]



61.     The webpage ends with a link to "Create Ad" after yet another statement encouraging ad-buyers to "Find *people* who will love your business with Facebook ads":[34]



62.     Clicking on the "Create Ad" button in the link reflected above leads the ad-buyer to Meta's "Ads Manager" platform, where advertisers can create ads.

---

[33] *Id.*
[34] *Id.*

## IV.   Meta Advertises and Promotes Its Monthly Active Users, Daily Active Users, and User Growth

63.     Meta's website geared toward ad-buyers also directs them to review Meta's quarterly and annual public filings for relevant information regarding monthly and daily active users on Meta's platforms.[35]

64.     Meta also posts its public filings on its website for all consumers to access.[36]

65.     Meta's annual public filings provide what Meta characterizes as "key metrics" about its users, "which include daily active users (DAUs), monthly active users (MAUs), and average revenue per user (ARPU)."[37] The numbers for these key metrics "are calculated using internal company data based on the activity of user accounts."[38]

66.     Meta further states that "these numbers are based on what [it] believe[s] to be reasonable estimates of [its] user base for the applicable period of measurement," and it is "continually seeking to improve [its] estimates of [its] user base, and such estimates may change due to improvements or changes in [its] methodology."[39]

67.     Meta defines a MAU as "a registered and logged-in Facebook user who visited Facebook through [Facebook's] website or a mobile device, or used [Facebook's] Messenger

---

[35] https://www.facebook.com/business/help/1665333080167380?id=176276233019487 (last visited April 12, 2022).
[36] *See, e.g.*, https://investor.fb.com/financials/ (last visited Sept. 26, 2022).  A person can also reach this page by visiting the website www.about.meta.com, then click on "Build With Us" from the menu at the top of the site, then click "Investors" then "Financials."
[37]  Facebook  2018  10-K,  p.  4,  https://www.sec.gov/Archives/edgar/data/1326801/000132680119000009/fb-12312018x10k.htm; Facebook 2019 10-K, p. 4, https://www.sec.gov/Archives/edgar/data/1326801/000132680120000013/fb-12312019x10k.htm  (same);  *see  also*  Facebook   2020   10-K,   p.   4,   https://www.sec.gov/Archives/edgar/data/1326801/000132680121000014/fb-20201231.htm (explaining key metrics are "based on user activity only on Facebook and Messenger and not on our other products"); Meta 2021 10-K, p. 4, https://www.sec.gov/ix?doc=/Archives/edgar/data/1326801/000132680122000018/fb-20211231.htm (same).
[38] Facebook 2018 10-K, p. 4; Facebook 2019 10-K, p. 4; Facebook 2020 10-K, p. 4; Meta 2021 10-K, p. 4.
[39] *Id.*

application (and is also a registered Facebook user), in the last 30 days as of the date of measurement."[40]

68.     Meta defines a DAU as "a registered and logged-in Facebook user who visited Facebook through our website or a mobile device, or used our Messenger application (and is also a registered Facebook user), on a given day."

69.     Although Meta owns other platforms, such as Instagram, it has "historically reported the numbers of [its] daily active users (DAUs), monthly active users (MAUs), and average revenue per user (ARPU) (collectively, [its] 'Facebook metrics') based on user activity only on Facebook and Messenger and not on [its] other products."[41]

70.     Thus, Meta explains that "[t]he numbers of DAUs and MAUs discussed in this Annual Report on Form 10-K, as well as ARPU, do not include users on Instagram, WhatsApp, or our other products, unless they would otherwise qualify as DAUs or MAUs, respectively, based on their other activities on Facebook."[42]

71.     On January 31, 2019, Facebook filed an Annual Report with the SEC, also known as a Form 10-K, for the fiscal year ending December 31, 2018 ("2018 10-K").

72.     The 2018 10-K stated that "Daily active users (DAUs) were 1.52 billion on average for December 2018, an increase of 9% year-over-year" and "Monthly active users (MAUs) were 2.32 billion as of December 31, 2018, an increase of 9% year-over-year."[43]

73.     On January 29, 2020, Facebook filed with the SEC a Form 10-K for the fiscal year ending December 31, 2019 ("2019 10-K").

---

[40] Meta 2021 10-K, p. 57; Facebook 2020 10-K, p. 55; 2019 10-K, p. 46; 2018 10-K, p. 37.
[41] Meta 2021 10-K, p 4; Facebook 2020 10-K, p. 4; Facebook 2019 10-K, p. 4. Messenger refers to Facebook Messenger, a messaging app that is associated with a person's Facebook account.
[42] Meta 2021 10-K, p. 6; Facebook 2020 10-K, p. 5; Facebook 2019 10-K, p. 5; Facebook 2018 10-K, p. 4.
[43] Meta 2018 10-K, p. 35.

74.     The 2019 10-K stated that "Facebook daily active users (DAUs) were 1.66 billion on average for December 2019, an increase of 9% year-over-year" and "Facebook monthly active users (MAUs) were 2.50 billion as of December 31, 2019, an increase of 8% year-over-year."[44]

75.     On January 27, 2021, Facebook filed with the SEC a Form 10-K for the fiscal year ending December 31, 2020 ("2020 10-K").

76.     The 2020 10-K stated that "Facebook daily active users (DAUs) were 1.84 billion on average for December 2020, an increase of 11% year-over-year" and "Facebook monthly active users (MAUs) were 2.80 billion as of December 31, 2020, an increase of 12% year-over-year."[45]

77.     On February 2, 2022, Meta filed with the SEC a Form 10-K for the fiscal year ending December 31, 2021 ("2021 10-K").

78.     The 2021 10-K stated that "Facebook daily active users (DAUs) were 1.93 billion on average for December 2021, an increase of 5% year-over-year" and "Facebook monthly active users (MAUs) were 2.91 billion as of December 31, 2021, an increase of 4% year-over-year."

79.     Every time it files a quarterly or annual report, Meta issues a press release containing, *inter alia*, the MAU, DAU, and growth data contained therein.[46] The press releases also contain references to the SEC filings and links to Meta's website where it posts the SEC filings.[47] Meta also posts these press releases on its own website and on the publicly-available PR Newswire website to be picked up by news outlets for the general public.[48]

---

[44] Meta 2019 10-K, p. 44.
[45] Meta 2020 10-K, p. 52.
[46] *Available at* https://investor.fb.com/investor-news/default.aspx.
[47] *See, e.g.*, "Facebook Reports Fourth Quarter and Full Year 2020 Results" https://investor.fb.com/investor-news/press-release-details/2021/Facebook-Reports-Fourth-Quarter-and-Full-Year-2020-Results/default.aspx   (last visited Sept. 30, 2022) (last visited Sept. 30, 2022).
[48] *See, e.g.*, PR Newswire, https://www.prnewswire.com/news-releases/facebook-reports-fourth-quarter-and-full-year-2020-results-301216628.html (last visited Sept. 30, 2022).

V.    **Meta Advertises and Promotes a Consistently Low Percentage of Unauthorized Duplicate and False Accounts**

80.    For years, including in its 2018, 2019, 2020, and 2021 Forms 10-K, Meta has acknowledged that a portion of Facebook user accounts are what it characterizes as "duplicate" and "false" accounts.

81.    Meta defines "[a] duplicate account [a]s one that a user maintains in addition to his or her principal account."[49]

82.    Meta "divide[s] 'false' accounts into two categories: (1) user-misclassified accounts, where users have created personal profiles for a business, organization, or non-human entity such as a pet (such entities are permitted on Facebook using a Page rather than a personal profile under our terms of service); and (2) violating accounts, which represent user profiles that we believe are intended to be used for purposes that violate our terms of service, such as bots and spam."[50]

83.    Accordingly, MAUs and DAUs do not represent a number of "people" on Facebook, but rather, a number of "user accounts," which includes unauthorized duplicate and false accounts.

84.    Meta does not define a duplicate or false account to include a properly established business "Page," which is not a separate account, but a part of one or more real person's account.

A.    **Since 2018, Meta Has Repeatedly Stated That Approximately 11% of its Worldwide Monthly Average Users are Duplicate Accounts**

85.    Given its participation in the marketplace as a company that sells advertising in competition with other companies that sell advertising, Meta is aware that the number of duplicate

---

[49] Meta 2021 10-K, p. 5; Facebook 2020 10-K, p. 5; Facebook 2019 10-K, p. 4; Facebook 2018 10-K, p. 4.
[50] Meta 2021 10-K, p. 5; Facebook 2020 10-K, p. 4 (same); Facebook 2019 10-K, p. 4 (same); Facebook 2018 10-K, p. 4 (same, except referring to "(2) undesirable accounts . . . such as [for] spamming" rather than "(2) violating accounts . . . such as [for] bots and spam").

accounts on its platform is a metric that influences consumers purchasing advertising and, therefore, Meta's bottom line.

86.     In its 2015 10-K, Meta reported that approximately 5% of its worldwide MAUs were duplicate accounts, and suggested that the percentage of duplicate accounts in the U.S. was lower than the worldwide figure:

> We estimate, for example, that "duplicate" accounts (an account that a user maintains in addition to his or her principal account) may have represented less than 5% of our worldwide MAUs in 2015. . . . We believe the percentage of accounts that are duplicate or false is meaningfully lower in developed markets such as the United States or United Kingdom and higher in developing markets such as India and Turkey.[51]

87.     In its 2016 10-K, Meta increased this estimate by 1%, reporting that approximately 6% of its worldwide MAUs were duplicate accounts, and again suggested that the percentage of duplicate accounts in the U.S. was lower than the worldwide figure:

> In 2016, we estimate that "duplicate" accounts (an account that a user maintains in addition to his or her principal account) may have represented approximately 6% of our worldwide MAUs. . . . We believe the percentage of accounts that are duplicate or false is meaningfully lower in developed markets such as the United States or United Kingdom and higher in developing markets such as India and Turkey.[52]

88.     In its 2017 10-K, Meta increased this estimate by 4%, reporting that approximately 10% of its worldwide MAUs were duplicate accounts, and again suggested that the percentage of duplicate accounts in the U.S. was lower than the worldwide figure:

> In the fourth quarter of 2017, we estimate that duplicate accounts may have represented approximately 10% of our worldwide MAUs. We believe the percentage of duplicate accounts is meaningfully

---

[51] Facebook 2015 10-K, p. 4, https://www.sec.gov/Archives/edgar/data/1326801/000132680116000043/fb-12312015x10k.htm.

[52] Facebook 2016 10-K, p. 4, https://www.sec.gov/Archives/edgar/data/1326801/000132680117000007/fb-12312016x10k.htm.

higher in developing markets such as India, Indonesia, and the Philippines, as compared to more developed markets.[53]

89.     In every annual report since 2018, Meta has reported that approximately 11% of its worldwide MAUs are duplicate accounts, and suggested that the percentage of duplicate accounts in the U.S. was lower than the worldwide figure:

> In the fourth quarter of 2018, we estimate that duplicate accounts may have represented approximately 11% of our worldwide MAUs. We believe the percentage of duplicate accounts is meaningfully higher in developing markets such as the Philippines and Vietnam, as compared to more developed markets.[54]
>
> In the fourth quarter of 2019, we estimated that duplicate accounts may have represented approximately 11% of our worldwide MAUs. We believe the percentage of duplicate accounts is meaningfully higher in developing markets such as the Philippines and Vietnam, as compared to more developed markets.[55]
>
> In the fourth quarter of 2020, we estimated that duplicate accounts may have represented approximately 11% of our worldwide MAUs. We believe the percentage of duplicate accounts is meaningfully higher in developing markets such as the Philippines and Vietnam, as compared to more developed markets.[56]
>
> In the fourth quarter of 2021, we estimated that duplicate accounts may have represented approximately 11% of our worldwide MAUs. We believe the percentage of duplicate accounts is meaningfully higher in developing markets such as the Philippines and Vietnam, as compared to more developed markets.[57]

90.     Meta's SEC filings do not state whether the number of MAUs it reports annually is inclusive of, or exclusive of, the reported 11% of duplicate accounts.

---

[53]  Facebook 2017 10-K, p. 4, https://www.sec.gov/Archives/edgar/data/1326801/000132680118000009/fb-12312017x10k.htm.
[54] Facebook 2018 10-K, p. 4.
[55] Facebook 2019 10-K, p. 4.
[56] Facebook 2020 10-K, p. 4.
[57] Meta 2021 10-K, p. 5.

**B.**    **Since 2018, Meta Has Repeatedly Stated That Approximately 5% of its Worldwide Monthly Average Users are False Accounts**

91.    Given its participation in the marketplace as a company that sells advertising in competition with other companies that sell advertising, Meta is aware that the number of false accounts on its platform is a metric that influences consumers purchasing advertising and therefore Meta's bottom line.

92.    In every annual report since 2018, Meta has reported that approximately 5% of its worldwide MAUs are false accounts:

> In the fourth quarter of 2018, we estimate that false accounts may have represented approximately 5% of our worldwide MAUs.[58]
>
> In the fourth quarter of 2019, we estimated that false accounts may have represented approximately 5% of our worldwide MAUs.[59]
>
> In the fourth quarter of 2020, we estimated that false accounts may have represented approximately 5% of our worldwide MAUs.[60]
>
> In the fourth quarter of 2021, we estimated that false accounts may have represented approximately 5% of our worldwide MAUs.[61]

93.    Meta's SEC filings do not state whether the number of MAUs it reports annually is inclusive of, or exclusive of, the reported 5% of false accounts.

**C.**    **Meta Advertises and Promotes the Number of Monthly Active Users in the United States and Canada, But Does Not Indicate What Percentage of Those Are Duplicate or False Accounts**

94.    Meta's SEC filings also report MAU numbers for geographic regions.

95.    Meta only provides a percentage of duplicate and false accounts for its global MAU figures.

---

[58] Facebook 2018 10-K, p. 4.
[59] Facebook 2019 10-K, p. 4.
[60] Facebook 2020 10-K, p. 4.
[61] Meta 2021 10-K, p. 5.

96.     Meta does not state what percentage of MAUs in specific areas (that is, not globally) are duplicate or false accounts.

97.     In Meta's SEC filings, Meta reports small changes in the number of MAUs located in the United States and Canada, such as less than 2% changes year to year.

98.     The 2018 10-K stated that, between December 31, 2017 and December 31, 2018, MAUs in the United States and Canada grew from 239 million to 242 million.

99.     The 2019 10-K stated that, between December 31, 2018 and December 31, 2019, MAUs in the United States and Canada grew from 242 million to 248 million.

100.    The 2020 10-K stated that, between December 31, 2019 and December 31, 2020, MAUs in the United States and Canada grew from 248 million to 258 million.

101.    The 2021 10-K stated that, between December 31, 2020 and December 31, 2021, MAUs in the United States and Canada grew from 258 million to 262 million.

102.    Meta's SEC filings do not state what percentage of the number of MAUs in the United States and Canada that it reports annually consists of duplicate or false accounts.

## VI.    Meta Advertises and Promotes the Number of People in a Facebook Audience and Eventually States These Numbers are Different from Monthly or Daily Active Users

### A.    Reach

103.    Meta describes Ads Manager as every advertiser's "starting point for running ads on [Meta]. It's an all-in-one tool for creating ads, managing when and where they'll run, and tracking how well [a consumer's] campaigns are performing towards [its] marketing goals."[62]

104.    At all relevant times, to purchase advertisements on Meta, a consumer was required to use Meta's "Ads Manager" platform.

---

[62] https://www.facebook.com/business/tools/ads-manager (last visited October 4, 2022).

105.    Prior to approximately March 2022, when an advertiser initiated an advertising campaign on Meta, the first step on Ads Manager required the user to choose a campaign objective.

106.    One objective that Meta offered was called "Reach." Meta explained that this objective helps the advertiser "Show your ads to the maximum number of people," as reflected in the screenshot below:



107.    Meta further defined "reach" as "[t]he number of *people* who saw your ads at least once. Reach is different from impressions, which may include multiple views of your ads by the same people."[63]

**B.      Potential Reach (through late October 2021)**

108.    After selecting its advertising campaign objective, the advertiser utilized Meta's Ads Manager to identify its advertising targets, including the demographics of the desired target audience.

---

[63] https://www.facebook.com/business/help/710746785663278 (visited Oct. 28, 2021; last visited Sept. 26, 2022) (emphasis added).

109.    Prior to approximately late October 2021, Ads Manager displayed a "Potential Reach" to all potential purchasers of advertisements, regardless of whether an ad was purchased.

110.    Potential Reach was one of only a few metrics provided to the ad-buyer prior to purchasing ads, and the only metric regarding the estimated size of the audience that Meta provided prior to purchasing ads.[64]

111.    Meta explained, "Potential reach is an estimation of how many *people* are in an ad set's target audience."[65]

112.    Meta utilized the same formulas (sometimes referred to as algorithms) and its internal data to formulate a potential audience size based on the criteria selected by the advertiser.

113.    The Potential Reach was expressed to every potential ad-buyer as a number of *people* that the ad may reach, as in the following example:



114.    When an advertiser clicked on the "(i)" icon next to the Potential Reach figure, a popup window stated, "Estimates are based on the placements and targeting criteria you select and include factors like Facebook user behaviors, user demographics and location data. They're designed to estimate how many *people* in a given area could see an ad a business might run.

---

[64] Meta also provided a metric called "Estimated Daily Reach," later revised to "Estimated Daily Results – People Reached," which was based in part on the Potential Reach, and which provided "an idea of how many of the people in your target audience you may be able to reach on a given day."
[65] https://web.archive.org/web/20190109200528/https://www.facebook.com/business/help/1665333080167380 (emphasis added).

They're not designed to match population or census estimates. Numbers may vary due to performance reasons. Learn More." (emphasis added and blue color in original).

115.     When an advertiser clicked on "Learn More," the website stated: "Potential reach is an estimation of how many ***people*** are in an ad set's target audience. . . . It updates in real time as you create or edit your ad set to help you understand how your targeting and placement choices affect the number of ***people*** you could reach." (emphasis added).

116.     Prior to approximately late October 2021, the default Potential Reach number shown to all potential ad-buyers before any targeting criteria were selected, was the Potential Reach for people in the United States aged 18 and up, which was shown during the Class Period to be more than 200 million people.

117.     As targeting criteria was selected, the Potential Reach was revised accordingly based on Meta's formulas and internal data.

118.     On August 15, 2018, a lawsuit was filed against Facebook styled *DZ Reserve, et al. v. Meta Platforms, Inc.*, No. 3:18-cv-04978-JD (N.D. Cal.) ("*DZ Reserve*"). The plaintiffs alleged that ad-buyers overpaid for Facebook ads because Facebook inflated the Potential Reach figures by including false and duplicate accounts.[66]

119.     Many of the filings in *DZ Reserve* were filed, and continue to be filed, under seal. The Third Amended Complaint was unsealed on July 20, 2021.

120.     After *DZ Reserve* was filed, in approximately mid-March 2019, Meta changed the way its formulas calculated Potential Reach.

---

[66] Metroplex and its owners were unaware of the existence of *DZ Reserve* until March 2022.  They have not read any pleadings or documents filed in the *DZ Reserve* case.  Meta has repeatedly denied the allegations and sought summary judgment in March 2022.

121.    Prior to approximately mid-March 2019, Meta calculated the Potential Reach using its MAU data.

122.    Meta did not disclose whether the Potential Reach figure that it provided to consumers excluded or included duplicate or false accounts.

123.    Meta did not disclose whether the Potential Reach figure that it provided excluded or included activity by one user on multiple "Pages" within one account.

124.    In or about mid-March 2019, Meta announced that the "people" in the Potential Reach figures had actually been a measure of active "users" on Facebook, but that going forward, it would only include "people" who were shown an ad:[67]

> Potential reach was previously calculated based on the number of total monthly active users on Facebook. Advertisers have asked for an estimate that more closely aligns with the results they see in their campaign performance. Now we're only including people in potential reach who were shown an ad on Facebook in the last 30 days. For instance, some people may have used Facebook without seeing an ad if they are on surfaces without ads, such as Donations.

125.    Around this time, Meta also added language on its Help Center description of Potential Reach stating, "Estimates . . . may differ depending on facts such as: How many accounts are used per person . . . ."

126.    While this change indicated that one person could use more than one account, the language suggests a person "using" another authorized account, such as a friend or relative's account. Meta still stated that the Potential Reach was a measure of "people." This statement also

---

[67] Facebook Business, Metrics Updates to Offer You More Actionable Business Insights, March 12, 2019 https://www.facebook.com/business/news/metrics-updates-to-offer-you-more-actionable-business-insights.

does not explain if Meta would double-count one person who created a separate account that violates Facebook policies, such as another personal account—a duplicate account. Nor does it explain if Meta would count as a "person" a non-person (*e.g.* a bot) taking action on a false account. Nor does it explain if Meta would double-count one person taking actions on his/her account and on a separate "Page" that is still part of a single account.

127.    In March 2019, the default Potential Reach number, before any targeting criteria was selected, remained the Potential Reach for people in the United States aged 18 and up, which was displayed to potential advertisers during the Class Period to be more than 200 million people.

128.    In March 2020, Meta revised its definition of Potential Reach slightly: "Potential Reach estimates how many ***people*** your ad could potentially reach depending on the targeting and ad placement options you select while creating an ad."[68]

129.    In mid-May 2021, Meta added the following language in a popup window that opens when the cursor is placed over the "(i)" next to the Potential Reach figure:

> This is an estimate of the size of the audience that's eligible to see your ad.  It's based on your targeting criteria, ad placements and how many people were shown ads on Facebook apps and services in the past 30 days.

> This is not an estimate of how many people will actually see your ad, and the number may change over time.  It isn't designed to match population or census data.

*See* Declaration of Melanie M. Blunschi, Doc. 25-3, ¶ 7 (blue color in original).

---

[68]    https://web.archive.org/web/20200429194212/https://www.facebook.com/business/help/1665333080167380 (emphasis added).

130.    Around the same time, Meta added the following language in a second popup window that opened by clicking on the "people" hyperlink in the popup window described above:

> **Unique Metrics**
>
> Unique metrics published on Facebook reporting surfaces are metrics that count the number of people who took an action, rather than the number of actions taken.
>
> These metrics are considered estimated and sampled, and depend on factors such as how many accounts are used by each person on Facebook Company Products. When a person has more than one account and takes actions (such as liking photos or adding comments) on the separate accounts, these actions may be counted separately even though they were made by the same person.
>
> For example, this means that if someone saw a post while using their business Page and then switched to their personal profile and saw the same post, we may count this as 2 people reached.
>
> Facebook has a number of systems in place to detect and remove fake accounts. In some cases, the presence of fake accounts may have some impact on unique metrics, such as potential reach estimates.

*Id.* (blue color in original).

131.    The Unique Metrics paragraphs set forth above do not describe when one person "will" be counted as multiple people. Rather, this statement vaguely says that they "may" be counted multiple times for unspecified metrics of "people who took an action."

132.    Moreover, it is unclear that the Unique Metrics explanation in paragraph 130 applies to Potential Reach, other than the reference to fake accounts in the fourth paragraph, which specifically mentions potential reach estimates. And the language used suggests the first three paragraphs are attempting to explain the counting of people for metrics of actual conduct, not the counting of people for estimated audiences.

133.    For instance, the first paragraph states this explanation is about "people who took an action" on Facebook (for example, "liking" a photo), suggesting it is discussing estimates or

samples of conduct that has actually occurred on Facebook, rather than estimates of Potential Reach.

134.    Likewise, the second paragraph refers to a person who "takes actions (such as liking photos or adding comments)" on separate accounts maybe being counted as multiple people. This too suggests the paragraph is limited to measurements of actual conduct that has occurred, rather than estimates of Potential Reach.

135.    Likewise, the third paragraph refers to a person who "saw a post" on his/her business page and then "saw the same post" on his/her personal profile. Meta's definition of "Reach" is the number of people who "saw your ads at least once." This involves active conduct that has actually occurred and is distinct from the passive factor Meta says goes into the Potential Reach, which is people who "were shown ads" (passive), further suggesting this paragraph does not apply to the Potential Reach metric. The paragraph also refers to counting one person as two people that have been reached rather than estimating potential numbers of people that can be reached.

136.    Furthermore, the third paragraph purportedly provides an example of the preceding sentence, but it does not accurately do so, adding confusion. The preceding sentence discusses a person taking actions on separate "accounts" who "may" be counted as two people. But the example that follows in the third paragraph does not involve actions on separate accounts. Rather, it involves a person taking various actions *within one account*—that is, a person, within one account, switching between a personal profile and a business Page—who "may" be counted as two people for unspecified metrics. As set forth above, a business Page is created under a real person's account, and it violates Meta policies for a business to set up a separate account.

137.     The Unique Metrics paragraphs specifically do not mention unauthorized duplicate accounts, instead suggesting they relate to accounts used on the various Facebook Company Products, and they only refer to fake accounts in the last paragraph.

138.     The last paragraph vaguely says that fake accounts "may" have "some impact" on Potential Reach "in some cases." Unlike the prior three paragraphs, this paragraph does not describe active conduct and specifically mentions Potential Reach. Still, this paragraph does nothing to clarify the misleading use of the term "people" in Meta's advertising and promotion or indicate whether, when, and to what extent the Potential Reach figures include fake accounts.

### C.     Meta Changed "Potential Reach" to "Estimated Audience Size" (late October 2021 to present)

139.     In or around late October 2021, Meta removed the "Potential Reach" metric and replaced it with a metric called "Estimated Audience Size."

140.     Meta explained the change was to make the Potential Reach figure a range so it would be consistent with the format of the Estimated Daily Results:

> Facebook provides pre-campaign estimates to help advertisers understand the estimated number of people who meet the targeting and ad placement criteria they select or how their ads may perform depending on those selections. These include Potential Reach, Estimated Daily Results and — if using interest categories — an estimate of the number of people who may have a particular interest.

> In order to make the presentation of those pre-campaign estimates consistent, we are changing Potential Reach and interests into ranges instead of specific numbers, which is how Estimated Daily Results are already presented. Ranges are also in line with how pre-campaign estimates are presented on other platforms across the advertising industry. As part of this update, we will also be changing the name of Potential Reach to Estimated Audience Size.[69]

---

[69] https://www.facebook.com/business/news/update-to-our-pre-campaign-estimates (last visited Sept. 30, 2022).

141.    The default Estimated Audience Size, shown to all potential ad-buyers before any targeting criteria is selected, is the Estimated Audience Size for people in the United States aged 18 and up.

142.    On March 31, 2022, Meta's default Estimated Audience Size for people in the United States aged 18 and up was 233,600,000 to 274,900,000, as shown in the screenshot below:

143.    On March 31, 2022, increasing the age range to all people in the United States aged

13 and up increased the Estimated Audience Size to 243,600,000 to 286,600,000, as shown in the

screenshot below:



144.    At some time between approximately late October 2021 and the present, Meta again

modified the language in the popup window that opens when the cursor is placed over the "(i)"

next to the Estimated Audience Size figure to say:

> Estimated audience size is an estimate of how many people may
> meet your targeting criteria. It is based on factors such as targeting
> selections, ad placements and how many people were shown ads on
> Meta apps and services in the past 30 days.
>
> This is not an estimate of how many people will see your ad and is
> not designed to match population or census data. This metric is in
> development.

(Blue color in original).

145.     This statement still represents the Estimated Audience Size as a number of "people" in the target audience.

146.     At some time between approximately late October 2021 and the present, Meta added the following underlined language in the second popup window that opened by clicking on the "people" hyperlink in the popup window described in paragraph 144 above:

> **Unique Metrics**
> Unique metrics published on Facebook reporting surfaces are metrics that count the number of people who took an action, rather than the number of actions taken.
>
> These metrics are considered estimated and sampled, and depend on factors such as how many accounts are used by each person on Facebook Company Products. When a person has more than one account and takes actions (such as liking photos or adding comments) on the separate accounts, these actions may be counted separately even though they were made by the same person.
>
> For example, this means that if someone saw a post while using their business Page and then switched to their personal profile and saw the same post, we may count this as 2 people reached. <u>This also means that in cases where a person has connected their Facebook and Instagram accounts in Accounts Center, they will be counted as a single person for ads measurement and estimation purposes, and in cases where a person has not connected their Facebook and Instagram accounts in Account Center, their accounts will be counted as multiple accounts for ads measurement and estimation purposes.</u>
>
> Facebook has a number of systems in place to detect and remove fake accounts. In some cases, the presence of fake accounts may have some impact on unique metrics, such as <u>estimated audience size</u>.

(Blue color in original).

147.     The slight revision to the Unique Metrics paragraphs set forth above still does not describe when one person "will" be counted as multiple people. Rather, this statement vaguely says that they "may" be counted multiple times for unspecified metrics of "people who took an action."

148.    For the same reasons set forth above, it is unclear that the explanation in paragraph 146 applies to Estimated Audience Size, other than the reference to fake accounts in the fourth paragraph, which specifically mentions estimated audience size. And the language used suggests the first three paragraphs are attempting to explain the counting of people for metrics of actual conduct, not the counting of people for estimated audiences.

149.    The third paragraph still purportedly provides an example of the preceding sentence, but it does not accurately do so, adding confusion. The preceding sentence discusses a person taking actions on separate "accounts" who "may" be counted as two people. But the first example that follows in the third paragraph does not involve actions on separate accounts. Rather, it involves a person taking various actions *within one account*—that is, a person, within one account, switching between a personal profile and a business Page—who "may" be counted as two people for unspecified metrics. As set forth above, a business Page is created under a real person's account, and it violates Meta policies for a business to set up a separate account.

150.    The second sentence in the third paragraph (about separate Facebook and Instagram accounts) suggests the scenario in which one person may be double-counted for taking an action on separate accounts.

151.    The Unique Metrics paragraphs specifically do not mention unauthorized duplicate accounts, instead suggesting they relate to accounts used on the various Facebook Company Products (such as Instagram and Facebook), and they only refer to fake accounts in the last paragraph.

152.    The last paragraph still vaguely says that fake accounts "may" have "some impact" on Estimate Audience Size "in some cases." Unlike the prior three paragraphs, this paragraph does not describe active conduct and specifically mentions Estimated Audience Size. Still, this

paragraph does nothing to clarify the misleading use of the term "people" in Meta's advertising and promotion or indicate whether, when, and to what extent the Estimated Audience Size figure includes fake accounts.

153.    Upon information and belief, this explanation constituted Meta's first time disclosing that, for the unspecified metrics to which this paragraph refers, it counts the same person as multiple people based on every unlinked Facebook and Instagram account that person has.

154.    Meta still does not disclose whether, when, and to what extent the Estimated Audience Size figures provided by Meta includes counting as multiple "people" the same person with multiple Facebook accounts, the same person taking actions within one account under various pages, or "people" (who are not really people) with false accounts.

### D.    Achieved Reach

155.    While an ad campaign is running, and after it has concluded, Meta provides advertisers with metrics, one of which is "Reach."

156.    Meta explains that "Reach" is the number of people who saw the ad at least once, but does not include multiple views of the ad by the same person:

**Reach**                                                    ✕

The number of people who saw your ads at least once. Reach is different from impressions, which may include multiple views of your ads by the same people.

ⓘ This metric is estimated.

**How It's Used**

Reach gives you a measure of how many people were exposed to your message during an ad campaign. People may not always click on your ads, but they may be more likely to engage with your business when they see your message.

Your reach can be affected by your bid, budget and audience targeting.

157.    Clicking on "people" in the description above leads to the same description of "Unique Metrics" described above, and was added to Meta's website at some time between approximately late October 2021 and the present.

158.    It is unclear how to reconcile the "Unique Metrics" paragraphs with the descriptions of "Reach" and "Impressions." For instance, if "Reach" does not mean "multiple views of your ads by the same people" (which would be multiple "impressions") then it is not clear when or why "someone" who saw an ad on a personal profile and on a business Page (multiple view of the ad by the same person) "may" be counted as 2 people reached rather than as 2 impressions.

159.    Meta still does not disclose whether, when, and to what extent the Reach figure provided by Meta includes counting as multiple "people" the same person with multiple Facebook accounts, the same person taking actions within one account under various pages, or "people" (who are not really people) with false accounts.

## VII.    For Years, Meta Has Been Inflating, and Continues to Inflate, Potential Reach and Estimated Audience Size

160.    According to research data by Pew, approximately 69% of Americans over the age 18 use Facebook.

161.    Utilizing this research and census data of the adults living in the United States, approximately 178,167,200 have a Facebook account.

162.    Another study by Edison Research and Triton Digital found that the population of Facebook users has been declining. Its study concluded that the percentage of people in the United States 12 years or older using Facebook went from 67% to 62% to 61% in 2017, 2018, and 2019, respectively. Assuming the trend of declining Facebook accounts ended in 2019, that converts to approximately 157,510,133 adults living in the United States with Facebook accounts.

163.    Yet, as set forth above, prior to approximately late October 2021, the default Potential Reach number shown to all potential ad-buyers before any targeting criteria were selected, was the Potential Reach for people in the United States aged 18 and up, which was shown during the Class Period to be more than 200 million people.

164.    In September 2022, Meta stated that an ad for people over the age of 18 living in the United States could reach up to 190,900,000 people on the Facebook platform alone:



165.     Although Meta can also target people who have "recently been in" these locations, the selection above excludes that setting, and is just "people living in this location."

166.     Thus, Meta's Estimated Audience Size continues to exceed the number of people that even have Facebook accounts—much less the number of people with Facebook accounts who were shown an ad in the last 30 days (which is how Estimate Audience Size is purportedly calculated).

167.     The inflation continues even if smaller geographic locations are targeted, such as groups of cities. For example, census data states that the population over the age of 18 in Alton, Bethalto, East Alton, Edwardsville, Godfrey, and Jerseyville, Illinois, amounts to 72,254.[70]

168.     Using the Pew data (which is more favorable to Meta than the Edison's research), approximately 49,856 people living in those locations have a Facebook account.

169.     Yet in September 2022, as shown below, Meta stated that an ad for people over the age of 18 living in these locations could reach 59,400 to 69,900 people:

---

[70] https://www.census.gov/quickfacts/fact/table/jerseyvillecityillinois,edwardsvillecityillinois,eastaltonvillageillinois, bethaltovillageillinois,altoncityillinois,godfreyvillageillinois/PST045221 (last visited Sept. 28, 2022).



170.    Although Meta can also target people who have recently been in these locations, the selection above excludes that setting, and is just "people living in this location."

171.    This suggests a false and duplicate account rate contained in the Estimated Audience Size of more than 28%. Put differently, the number of "people" Meta represents are in the Estimated Audience Size exceeds the number of people with Facebook accounts in that audience by more than 28%.

172.    Moreover, the percentage by which the Estimated Audience Size exceeds the number of people with Facebook accounts who were shown an ad in the last 30 days would be higher, as not everyone with a Facebook account was shown an ad in the last 30 days.

173.    Similar inflation occurs for targeted audiences based on single cities, small and large, as in the following examples:

**Edwardsville, IL**

174.    Census data states that the population over the age of 18 in Edwardsville, Illinois, is 20,048.[71]

175.    Using the Pew data (which is more favorable to Meta than the Edison's research), approximately 13,833 people living in Edwardsville have a Facebook account.

176.    Yet in September 2022, as shown below, Meta stated that an ad for people over the age of 18 living in Edwardsville could reach 16,600 to 19,600 people:



---

[71] https://www.census.gov/quickfacts/fact/table/edwardsvillecityillinois/PST045221 (last visited Sept. 28, 2022).

177.    This suggests a false and duplicate account rate contained in the Estimated Audience Size of more than 29%. Stated differently, the number of "people" Meta says are in the Estimated Audience Size exceeds the number of people with Facebook accounts in that audience by more than 29%.

178.    The percentage by which the Estimated Audience Size exceeds the number of people with Facebook accounts who were shown an ad in the last 30 days would be higher, as not everyone with a Facebook account was shown an ad in the last 30 days.

**Granite City, IL**

179.    Census data states that the population over the age of 18 in Granite City, Illinois, is 21,273.[72]

180.    Using the Pew data (which is more favorable to Meta than the Edison's research), approximately 14,678 people living in Granite City have a Facebook account.

181.    Yet in September 2022, as shown below, Meta stated that an ad for people over the age of 18 living in Granite City could reach 19,600 to 23,000 people:

---

[72] https://www.census.gov/quickfacts/fact/table/granitecityillinois/PST045221 (last visited Sept. 28, 2022).



182.　　　This suggests a false and duplicate account rate contained in the Estimated Audience Size of more than 36%. Stated differently, the number of "people" Meta says are in the Estimated Audience Size exceeds the number of people with Facebook accounts in that audience by more than 36%.

183.　　　The percentage by which the Estimated Audience Size exceeds the number of people with Facebook accounts who were shown an ad in the last 30 days would be higher, as not everyone with a Facebook account was shown an ad in the last 30 days.

**Springfield, IL**

184.      Census data states that the population over the age of 18 in Springfield, Illinois, is

88,561.[73]

185.      Using the Pew data (which is more favorable to Meta than the Edison's research),

approximately 61,107 people living in Springfield have a Facebook account.

186.      Yet in September 2022, as shown below, Meta stated that an ad for people over the

age of 18 living in Springfield could reach 75,000 to 88,300 people:



187.     This suggests a false and duplicate account rate contained in the Estimated Audience Size of more than 30%. Stated differently, the number of "people" Meta says are in the Estimated Audience Size exceeds the number of people with Facebook accounts in that audience by more than 30%.

188.     The percentage by which the Estimated Audience Size exceeds the number of people with Facebook accounts who were shown an ad in the last 30 days would be higher, as not everyone with a Facebook account was shown an ad in the last 30 days.

### St. Louis, MO

189.     Census data states that the population over the age of 18 in St. Louis, Missouri is 233,181.[74]

190.     Using the Pew data (which is more favorable to Meta than the Edison's research), approximately 160,895 people living in St. Louis have a Facebook account.

191.     Yet in September 2022, as shown below, Meta stated that an ad for people over the age of 18 living in St. Louis could reach 199,800 to 235,100 people:

---

[74] https://www.census.gov/quickfacts/fact/table/stlouiscitymissouri/PST045221 (last visited Sept. 28, 2022).



192.    This suggests a false and duplicate account rate contained in the Estimated Audience Size of more than 31%. Stated differently, the number of "people" Meta says are in the Estimated Audience Size exceeds the number of people with Facebook accounts in that audience by more than 31%.

193.    The percentage by which the Estimated Audience Size exceeds the number of people with Facebook accounts who were shown an ad in the last 30 days would be higher, as not everyone with a Facebook account was shown an ad in the last 30 days.

**Dallas, TX**

194.     Census data states that the population over the age of 18 in Dallas, Texas is 968,920.[75]

195.     Using the Pew data (which is more favorable to Meta than the Edison's research), approximately 668,555 people living in Dallas have a Facebook account.

196.     Yet in September 2022, as shown below, Meta stated that an ad for people over the age of 18 living in Dallas could reach 870,000 to 1,000,000 people:



[75] https://www.census.gov/quickfacts/fact/table/dallascitytexas/PST045221 (last visited Sept. 28, 2022).

197.    This suggests a false and duplicate account rate contained in the Estimated Audience Size of more than 33%. Stated differently, the number of "people" Meta says are in the Estimated Audience Size exceeds the number of people with Facebook accounts in that audience by more than 33%.

198.    The percentage by which the Estimated Audience Size exceeds the number of people with Facebook accounts who were shown an ad in the last 30 days would be higher, as not everyone with a Facebook account was shown an ad in the last 30 days.

199.    The following table reflects the inflation in the above examples using both the Pew and the Edison's research:

| Location | People (18+) with Facebook [Pew 69%] | People (18+) with Facebook [Edison 61%] | Meta Representation (18+) | Percent of Representation that Exceeds People with Facebook [Pew] | Percent of Representation that Exceeds People with Facebook [Edison] |
|---|---|---|---|---|---|
| Alton, Bethalto, East Alton, Edwardsville, Godfrey, Jerseyville, IL | 49,856 | 44,075 | 69,900 | 28.7% | 36.9% |
| Edwardsville, IL | 13,833 | 12,229 | 19,600 | 29.4% | 37.6% |
| Granite City, IL | 14,678 | 12,976 | 23,000 | 36.2% | 43.6% |
| Springfiel, IL | 61,107 | 54,022 | 88,300 | 30.8% | 38.8% |
| Saint Louis, MO | 160,895 | 142,241 | 235,100 | 31.6% | 39.5% |
| Dallas, TX | 668,555 | 591,041 | 1,000,000 | 33.1% | 40.9% |

200.    Although his findings are redacted, the plaintiff's expert in *DZ Reserve* has conducted an analysis showing a minimum percentage by which audience size metrics were inflated for ad-buyers:



*DZ Reserve*, Doc. 282, Pl. Class Cert. Mot. p. 2 (filed 4/23/21).

**VIII.   Meta's False and/or Misleading Statements of Fact**

    **A.   Meta Has Knowingly Been Making, and Continues to Make, False and/or Misleading Statements to Advertisers about Reaching People and Ads Being Shown to and Seen by People**

201.   Meta's websites aimed at potential ad-buyers repeatedly state that ads purchased on Facebook will be delivered to real people, such as in the examples described above that include the following:

- "People are their real selves on Facebook so businesses can confidently reach the customers they want—whether that's hundreds of people, or hundreds of millions."

- "Facebook is different.  People on Facebook share their true identities . . . ."

- "Facebook will automatically show your ads to people who are most likely to find your ads relevant."

- "We use an ad auction to determine the best ad to show to a person at a given point in time. . . . Each time there's an opportunity to show an ad to someone, an auction takes place to determine which ad to show to that person.  When there's an opportunity to show someone an ad, the ads with a target audience that the person belongs to are eligible to compete in the auction."

- "Reach the people who want to hear from you. . . . Narrow down your ad's audience by interests, gender or location and use ad targeting to find the people most likely to click."

- "Every time you run an ad, you can see how many people reacted to, commented on, shared and clicked on it."

- "Ads to help reach the right people and your goals."

- "When setting up your ad, you'll select a budget, which is the amount of money you spend on showing people your ads."

- "Help make sure your ad gets seen by people most likely to take action. . . . Starting with an audience of between 2 and 10 million people will give you a better chance to find the people you're looking for."

- "Audience [means] People you choose through targeting."

- "Find people who will love your business with Facebook ads."

- "Reach gives you a measure of how many people were exposed to your message during an ad campaign.  People may not always click on your ads, but they may be more likely to engage with your business when they see your message."

- "Impressions: Advertising platforms may measure impressions differently.  At Facebook, impressions are the number of times your ad entered someone's screen for the first time."

- "Reach: The number of people your ad was shown to."

- "Frequency: Frequency is the average number of times your ad was shown to a person."

- "Reach is different from impressions, which may include multiple views of your ads by the same people."

202.    In fact, Meta's audience is not actually people, but: (1) user accounts, which include, *inter alia*, (a) the same person with multiple Facebook accounts; (b) the same person with an unlinked Instagram and Facebook account; (c) fake accounts; and (d) non-people, such as bots with false accounts; and (2) the same person taking action on one or more "Pages" under one user account.

203.    In fact, Meta delivers ads to: (1) user accounts, which include, *inter alia*, (a) the same person with multiple Facebook accounts; (b) the same person with an unlinked Instagram

and Facebook account; (c) fake accounts; and (d) non-people, such as bots with false accounts; and (2) the same person taking action on one or more "Pages" under one user account.

204.     Thus, contrary to Meta's representations, an ad-buyer's budget is not money spent on showing people their ads, but rather, money spent on showing ads to all registered Facebook accounts in the targeted market/demographic, which includes duplicate and false accounts, and to the same person acting under various "Pages" within one user account.

205.     Relatedly, Meta's metrics count the same person multiple times, such as if the same person interacts with an ad on a duplicate Facebook account, on a business page within one account, or on both an unlinked Instagram and Facebook account. The metrics also count people using fake accounts and non-people interacting with the ad, such as bots with false accounts.

206.     For example, reach is not, in fact, the number of people the ad was shown to (or later, who saw the ad), but rather, the number of (1) user accounts the ad was shown to (or who saw the ad), which includes, *inter alia*, the same person with multiple Facebook accounts, the same person with an unlinked Instagram and Facebook account, fake accounts, and non-people, such as bots with false accounts, and (2) ads shown to the same person acting under various "Pages" within one user account.

207.     Thus, contrary to Meta's statements, "reach" is not different from "impressions" because reach may also include multiple views of the ad by the same people.

208.     Meta's statements about Facebook being a real identity platform and that advertisements will be shown to and reach people and its other statements above about "people" are false and/or misleading in context or likely to deceive consumers in light of the fact that when Meta says "people" it includes without disclosing to consumers (1) user accounts, which include, *inter alia*, (a) the same person with multiple Facebook accounts; (b) the same person

with an unlinked Instagram and Facebook account; (c) fake accounts; and (d) non-people, such as bots with false accounts; and (2) the same person taking action on one or more "Pages" under one user account.

### B. Meta Has Knowingly Been Making, and Continues to Make, False and/or Misleading Statements to Advertisers about its Audience Size, Growth and Engagement, and the Percent of Duplicate and False Accounts

209.    As set forth above, Meta repeatedly promotes to ad-buyers a very specific number of "people" who are active on Facebook either daily or monthly, such as when it points to "Facebook data from June 2020" to advertise that 1.79 billion "**people** use Facebook every day" and 2.7 billion "**people** use Facebook every month."

210.    These figures of "people" correspond to Meta's reported MAUs and DAUs. For example, in June 2020, Meta reported in its second quarter SEC filing (the "Meta 2020 2Q 10-Q") that Facebook had 1.79 billion daily active users (DAUs) on average for June 2020 and 2.70 billion monthly active users (MAUs) as of June 30, 2020.[76]

211.    MAUs and DAUs are measures of "logged-in Facebook user[s]" rather than people. MAUs and DAUs include duplicate and false accounts, which are not people. It is unclear if MAUs and DAUs also include activity taken by one person on multiple "Pages" within one account.

212.    Accordingly, it is false for Meta to advertise or promote that based on June 2020 data, 1.79 billion people use Facebook every day and 2.7 billion people use Facebook every month.

213.    Alternatively, Meta's statements that based on June 2020 data, 1.79 billion people use Facebook every day and 2.7 billion people use Facebook every month are misleading in context or likely to deceive consumers in light of the fact that these figures are taken from Meta's MAU and DAU figures, which are not measures of "people."

---

[76] Meta 2020 2Q 10-Q (June 30, 2020), p. 27 *available at* https://www.sec.gov/ix?doc=/Archives/edgar/data/0001326801/000132680120000076/fb-06302020x10q.htm.

214.    Moreover, the fact that Meta equates its MAUs and DAUs to "people" on its promotional website misleadingly suggests that the global MAU and DAU figures provided by Meta in its SEC filings have removed Meta's reported 11% and 5% duplicate and false "accounts" (which are not people).

215.    But Meta does not remove the 11% and 5% duplicate and false accounts from its MAU and DAU figures that it reports in its SEC filings (thus reporting larger numbers), a fact that Meta does not disclose to consumers.

216.    Moreover, Meta's statements about the number of people on the Facebook platform are false and/or misleading in context or likely to deceive consumers in light of the undisclosed declining user base and use of Facebook.

217.    According to a whistleblower complaint that was made partially public in October 2021, for years, Meta has "misled investors and advertisers about shrinking user base in important demographics [and] declining content production . . . ."[77]

218.    Meta's continued statements of year-over-year growth based on its MAUs and DAUs is false and/or misleading in context because Meta "has failed to disclose internal data showing a contraction of the user base in important demographics, including American teenagers and young adults. The company has also hidden the extent to which content production per user has been in long-term decline."[78]

---

[77] On October 4, 2021, CBS News published an article titled, "Whistleblower's SEC Complaint: Facebook Knew Platform Was Used to 'Promote Human Trafficking and Domestic Servitude'", containing the whistleblower complaints against Facebook filed with the SEC.  The article contained eight complaints.  The quotes herein reference the complaint titled: For years, Facebook has misled investors and advertisers about shrinking user base in important demographics, declining content production, and the true number of recipients of "Reach & Frequency" advertising" (hereafter, the "Whistleblower Complaint").
[78] *Id.* p. 3 ¶ 7.

219.    Meta also inflates its "growth numbers by not disclosing that a higher fraction of teen accounts are 'Same User with Multiple Accounts' (SUMAs), or duplicate accounts."[79]

220.    Meta's records indicate: "Over 15% of new teen accounts are existing users creating a SUMA child [secondary] account."[80]

221.    Meta's internal records also confirm that teens and young adults (18-24) in more developed economies are using the platform less. The DAUs for these valuable marketing demographics has been in decline since the 2012 and 2013 time period.[81]

222.    Furthermore, Meta's statements that 11% of its MAUs are duplicate accounts, 5% of its MAUs are false accounts, and that these percentages are meaningfully higher in developing markets such as the Philippines and Vietnam, as compared to more developed markets, are false and/or misleading in context or likely to mislead consumers.

223.    Meta's reporting that 11% of its MAUs are duplicate accounts and 5% are false accounts is materially understated.

224.    Upon information and belief, Meta has known since at least 2018 that its disclosed 11% duplicate account rate and 5% false account rate are understated.

225.    Only Meta knows how it calculates duplicate and false accounts. "There may be overlap. All the company will say is that it involves an internal review of a limited sample of accounts and 'significant judgment.'"[82]

---

[79] *Id.* p. 5 ¶ 15.
[80] *Id.*
[81] *Id.* p. 5 ¶ 16.
[82] Elain Moore and Hannah Murphy, "Facebook's Massive Fake Numbers Problem," *Los Angeles Times*, Nov. 18, 2019 (the "LA Times Article"), *available at* https://www.latimes.com/business/technology/story/2019-11-18/facebooks-massive-fake-numbers-problem.

226.    While Meta states that "[d]uplicate and false accounts are very difficult to measure at our scale,"[83] it nonetheless calculates and reports annually a specific percentage of MAUs that are duplicate and false accounts.

227.    Meta also purports to calculate and report these percentages to such a degree that it can determine a 1% change. As reflected in its prior annual reports, Meta has reflected a 1% change in its estimate of both duplicate accounts and false accounts.

228.    Meta's choice to report percentages and change them by 1% is likely to deceive consumers as to their accuracy.

229.    Yet for years, Meta has failed to accurately disclose or update the percentage of duplicate and false accounts in the United States.

230.    On October 21, 2021, the *Wall Street Journal* released a series of articles detailing internal problems at Meta. One of these articles, "How Many Users Does Facebook Have? The Company Struggles to Figure It Out," detailed the problems Meta had in determining how many individual users, actual persons, were Facebook members.[84]

231.    The report indicated that Meta has known that single users with multiple accounts (duplicate accounts) was "very prevalent":

> An internal Facebook presentation this spring [2021] called the phenomenon of single users with multiple accounts "very prevalent" among new accounts. The finding came after an examination of roughly 5,000 recent sign-ups on the service indicated that at least 32% and as many as 56% were opened by existing users.[85]

---

[83] Meta 2021 10-K, p. 5.
[84] Sam Schechner and Jeff Horwitz, "How Many Users Does Facebook Have? The Company Struggles to Figure It Out" *Wall Street Journal*, October 21, 2021 (the "WSJ Article"), *available at* https://www.wsj.com/articles/how-many-users-does-facebook-have-the-company-struggles-to-figure-it-out-11634846701.
[85] *Id.*

232.    Meta's internal report also explained that Meta's internal system for detecting duplicate accounts undercounted them:

> The company's system for detecting such accounts also tends to undercount them, according to the presentation, which was viewed by The Wall Street Journal.[86]

233.    The *Wall Street Journal* referenced another internal Meta memorandum from May 2021 acknowledging that Meta's statements of United States MAUs in their 20s exceeded the total population of Americans in their 20s:

> A separate memo from May said that the number of U.S. Facebook users who are in their 20s and active at least once a month often exceeds the total population of Americans their age. "This brings out an elephant in the room: SUMA," the memo's author wrote, using an internal abbreviation for "Single User Multiple Accounts." The author added that the issue could render Facebook's ratio of users active each day "less trustable."[87]

234.    The *Wall Street Journal* also referenced internal Facebook memoranda where "data cited in the documents show that a quarter to a third of duplicates have been what Facebook calls 'persistent SUMA,' where a user continues to operate multiple accounts."[88]

235.    Moreover, in addition to reporting the 5% fake account rate in its SEC filings, as shown below, Meta also refers to the 5% fake account rate on its "Transparency Report" website where it identifies the number of fake accounts disabled each quarter and states that fake accounts represent 5% of worldwide MAUs, as in the screenshot below from the Q2 2022 report:[89]

---

[86] *Id.*
[87] *Id.*
[88] *Id.*
[89] Meta Community Standards Enforcement Report for Fake Accounts, https://transparency.fb.com/data/community-standards-enforcement/fake-accounts/facebook/ (last visited Sept. 30, 2022).



236.     These Transparency Reports further reveal that Meta's consistent 5% false account rate is false and/or misleading in context and likely to deceive consumers.

237.     The 5% figure applies to MAUs, which consist of logged-in users that visited Facebook or Messenger in the last 30 days. The Transparency Reports provide data on the number of active fake accounts—accounts were actually created and which Meta disabled after the account was active. The figures exclude instances in which Meta blocked accounts from being created (*i.e.* active) in the first place:

> Content actioned and accounts actioned ***don't include instances where we block content or accounts from being created in the first place***, as we do when we detect spammers attempting to post with high frequency or the creation of a fake account. If we included these blocks, it would dramatically increase the numbers (likely by millions a day) for fake accounts disabled and spam content removed.[90]

---

[90] https://transparency.fb.com/policies/improving/content-actioned-metric/ (last visited Sept. 30, 2022) (emphasis added).

238.    Moreover, Meta is not known for quickly catching and deleting fake accounts, such as the 205 accounts impersonating Meta's own CEO, Mr. Zuckerberg, and its former COO, Ms. Sandberg, that the *New York Times* found and which Meta did not remove until after the newspaper informed Meta of its findings.[91]

239.    Meta's estimate of active fake accounts has remained consistent at 5% for years even as the number of such accounts it takes down each year fluctuates widely and as Meta has self-reported in under-oath testimony that it has "deployed new A.I. tools that do a better job of identifying fake accounts . . . ."[92]

240.    For example, Meta disabled 2.2 billion fake accounts in the first quarter of 2019; 1.5 billion in the second quarter; 1.7 billion in the third quarter; and 1.1 billion in the fourth quarter. The following year, it disabled 1.7 billion fake accounts in the first quarter of 2020; 791 million in the second quarter; and 1.3 billion in the third and fourth quarters.[93]

241.    Thus, Meta removed 6.5 billion active fake accounts in 2019 and 5.091 billion in 2020 (a 21.7% decrease); claimed that, from 2019 to 2020, MAUs grew by 12% from 2.5 billion to 2.8 billion[94]; yet made no adjustment to its assertions that false accounts represented 5% of MAUs.

242.    Meta provides the following chart showing the number of active fake accounts that it deleted from Q1 2017 to Q2 2022:

---

[91] Jack Nicas, "*How Fake Mark Zuckerbergs Scam Facebook Users Out of Their Cash*," The New York Times, April 25, 2018, *available at* https://www.nytimes.com/2018/04/25/technology/fake-mark-zuckerberg-facebook.html.

[92] Mark Zuckerberg Testimony before U.S. Senate Commerce and Judiciary Committees, Apr. 10, 2018, *available at* https://www.washingtonpost.com/news/the-switch/wp/2018/04/10/transcript-of-mark-zuckerbergs-senate-hearing/; *See also* Jack Nicas, "Does Facebook Really Know How Many Fake Accounts It Has?" *The New York Times*, Jan. 30, 2019, *available at* https://www.nytimes.com/2019/01/30/technology/facebook-fake-accounts.html.

[93] https://transparency.fb.com/data/community-standards-enforcement/fake-accounts/facebook/#content-actioned (last visited June 27, 2022).

[94] Meta 2020 10-K, p. 52; Meta 2019 10-K, p. 44.



243.    Likewise, Meta's estimate of active fake accounts has remained consistent at 5% each quarter even as the number of such accounts it takes down each quarter fluctuates widely.

244.    For the fourth quarter of 2019, Meta reported that, of its 2.5 billion worldwide MAUs, approximately 5% (125 million) were false accounts.

245.    Yet during the fourth quarter of 2019, Meta also reported disabling 1.1 billion active fake accounts.[95]

246.    Meta reported that, of its 2.8 billion worldwide MAUs in the fourth quarter of 2020, approximately 5% (140 million) were false accounts.

247.    Yet during the fourth quarter of 2020, Meta also reported disabling 1.3 billion active fake accounts.[96]

---

[95]     https://transparency.fb.com/data/community-standards-enforcement/fake-accounts/facebook/#content-actioned (last visited June 27, 2022).
[96] *Id.*

248.     Meta reported that, of its 2.91 billion worldwide MAUs in the fourth quarter of 2021, approximately 5% (145.5 million) were false accounts.

249.     Yet during the fourth quarter of 2021, Meta also reported disabling 1.7 billion active fake accounts.[97]

250.     Meta reported that, of its 2.94 billion worldwide MAUs in the first quarter of 2022, approximately 5% (147 million) were false accounts.

251.     Yet during the first quarter of 2022, Meta also reported disabling 1.6 billion active fake accounts.[98]

252.     Meta reported that, of its 2.93 billion worldwide MAUs in the second quarter of 2022, approximately 5% (146.5 million) were false accounts.

253.     Yet during the second quarter of 2022, Meta also reported disabling 1.4 billion active fake accounts.[99]

254.     These figures are represented in the following chart showing that the maximum number of active false accounts reported by Meta each quarter (5% of MAUs) was significantly smaller than the number of active fake accounts it reported removing that quarter:

---

[97] *Id.*
[98] *Id.*
[99] *Id.*



255.   One researcher, Brian Wieser, an advertising analyst and global president of business intelligence at GroupM, has suggested the true figure for inauthentic Facebook accounts may be around 20%.[100]

256.   Furthermore, Meta's statements of the number of MAUs in the United States and Canada in each of its annual reports, and the suggestion that the percentage of duplicate accounts is lower in developed countries including the United States, are false and/or misleading in context or likely to deceive consumers.

257.   To the extent that Meta's calculation of MAUs in the United States and Canada incorporated the reported 11% duplicate account figure and the 5% false account figure, the use of the understated percentage in the calculation resulted in inflated MAU figures.

---

[100] LA Times Article.

258.     To the extent Meta did not incorporate the reported 11% duplicate account figure and the 5% false account figure into the calculation of MAUs in the United States and Canada, but left this calculation to the advertiser, the understated reported percentages resulted in inflated MAU figures.

259.     To the extent Meta suggests that the 11% duplicate account figure and the 5% false account figure is lower in developing countries like the United States and Canada, and that some lower percentage of duplicate and fake accounts is or should be applied to the disclosed MAU figure, such understated percentages resulted in inflated MAU figures.

260.     Finally, based on Meta's statements, upon information and belief, Meta includes, but does not disclose that it includes, as multiple monthly and daily active users one person who takes action on various "Pages" within one account.  This belief is based on the fact that Meta incorrectly describes such activity as occurring on "separate accounts."  *See, e.g.*, *supra* ¶¶ 136, 149.

261.     Thus, Meta's reported MAUs in the United States and Canada are false and/or misleading in context.

**C.      Meta Has Knowingly Been Making, and Continues to Make, False and/or Misleading Statements to Advertisers by Inflating its Potential Reach, Estimated Audience Size, and Achieved Reach and by Stating these Figures Represent "People"**

262.     Meta never disclosed that the Potential Reach figures and Achieved Reach figures included duplicate and false accounts and the same person taking action on one or more "Pages" under one user account and, thus, were not accurate estimates or measures of "people" in the target audience or "people" who saw the ad at least once.

263.     Moreover, Meta knew that Potential Reach and Achieved Reach were not based on people, but rather, included duplicate and false accounts and the same person taking action on one or more "Pages" under one account.

264.     Accordingly, Meta's statements that Potential Reach and Achieved Reach were measurements of people was false and/or misleading in context.

265.     Relatedly, Meta's inflated Potential Reach and Achieved Reach figures were false and/or misleading in context.

266.     Instead of simple fixes, such as changing the word "people" and clear explanations, Meta took steps to obfuscate or cover up its misrepresentations.

267.     In or around the fall of 2017, Facebook's Vice President wrote to Facebook Chief Operating Officer, Sheryl Sandberg, and its Chief Financial Officer, Dave Wehner, that duplicate and fake accounts were a factor in Facebook overreporting its Potential Reach metric and that Facebook had made "a deliberate decision" not to remove duplicate or fake accounts from the metric.

268.     Thereafter, Facebook executives repeatedly acknowledged that duplicate accounts are "a major factor in our potential reach overestimation problem."

269.     According to the Whistleblower Complaint, "Although Facebook has sophisticated algorithms to assess the existence of SUMAs [Single Users with Multiple Accounts] / duplicate accounts, Facebook is well aware that its failure to include SUMA duplicate accounts distorts its Reach and Frequency (R&F) advertising models."[101]

---

[101] Whistleblower Complaint p. 10 ¶ 25.

270.    The Whistleblower Complaint quoted an internal study called "Impact of SUMA on Estimated audience and reach," which stated that incorporating duplicate accounts into audience size modeling would significantly reduce overestimation of population:

> Previous analysis have shown that including SUMA modeling into audience sizes would reduce overestimation of population in age groups for our top 30 ad markets by 50% when included by itself and by 64% when included in conjunction with age modeling.[102]

271.    Moreover, Meta knew that it was delivering (and charging for) ads to users that advertisers did not want to pay for:

> By delivering too many ads to users that the advertisers did not want to pay for, **Facebook overcharged advertisers on a vast scale**:
>
> **"But wont' [sic] this cause the R&F [reach and frequency] to violate their contract? If the ads is [sic] targeted to 1M accounts with a guarantee of 90%, and we deliver to 900k accounts but only 800k users [due to SUMA], wont' [sic] this make R&F [reach and frequency] pay penalty if we report 800k as coverage?["][103]**

272.    Internally, Meta recognized a problem if the truth came out, as summarized by an email in October 2017 by Ami Vora, the Vice President of product management at Facebook:

> Smaller group —
>
> I think there is a real chance this is a very bad moment for us – "Facebook lies about its user #s to get record profits."
>
> The combo of long-term eroded trust + congressional testimony + suma + earnings means the target on our back just gets bigger.

273.    By February 2018, Meta had conducted extensive analysis about how to reduce the Potential Reach inflation:

> Launching age and [duplicate account] modeling in all top markets would decrease overestimation by 49.1% . . . . There are 2 main sources of overestimation: [1] users misrepresenting their age [and 2] users having multiple accounts.

---

[102] *Id.*
[103] *Id.* at ¶ 26 (quoting "Impact of SUMA on Estimated audience and reach").

274.     Yaron Fidler (the former Product Manager for Potential Reach) modeled the impact on Potential Reach if Meta removed duplicate accounts from the Potential Reach. An analysis found that "people will drop ~10% Globally."

275.     In the summer of 2018, Mr. Fidler proposed to change the name of Meta's Potential Reach metric so that it would no longer include the words "people" or "reach" and instead make clear that the metric is based on "accounts." Mr. Fidler wrote that this change "solves numbers accuracy–metrics description will be aligned with reality." However, Mr. Fidler acknowledged that this would come at the "cost of losing the people based narrative."

276.     Mr. Fidler also wrote "We (targeting team) strongly believe that potential reach should represent the number of people that can be reached on FB. This is not the case today. We are counting people that can't be reached on FB and misleading advertisers."

277.     Another Meta employee on the Central Metrics XFN team wrote: "The status quo in ads Reach estimation and reporting is deeply wrong, and our data analysis suggests [de-duplicating accounts] and Age Affinity would dramatically improve things."

278.     In the summer of 2018, Meta employees continued to express concern about Potential Reach inflation. As one employee wrote on July 12, 2018: "My question lately is: how long can we get away with the reach overestimation?"

279.     The redacted record in *DZ Reserve* "is replete with examples of Facebook personnel acknowledging the falsity" of representing that Potential Reach is a measure of people.[104]

280.     Multiple Facebook employees, however, agreed that "people-based marketing" was core to Meta's value proposition and that it would thus "be costly to change to accounts . . . ." The proposed clarifications to the metric was not, and have not been, implemented.

---

[104] *DZ Reserve*, Doc. 282, Pl. Class Cert. Mot. p. 14.

281.    As Mr. Fidler's efforts at correction were ignored, he wrote in October 2018 that Facebook's Potential Reach calculation was "a lawsuit waiting to happen."

282.    As described above, in or about mid-March 2019, Meta announced that the "people" in the Potential Reach figures had actually been a measure of active "users" on Facebook, but that going forward, it would only include "people" who were shown an ad.

283.    Meta continued into 2021 to provide a Potential Reach metric to advertisers that stated it was a measure of a number of people.

284.    In mid-May 2021, Meta added the vague "Unique Metrics" language set forth above which discussed methods for counting when a user "took an action." Contrary to Mr. Fidler's suggestion, the new language was only accessible after multiple click-throughs, did not state that the number of people listed in the estimated Potential Reach figure included duplicate and false accounts, and did not make clear that the Potential Reach metric is based on accounts or activity on different pages within one account.

285.    Meta also continued to represent that "reach" differs from "impressions" because impressions "may include multiple views of your ads by the same people."

286.    In October 2021, Meta changed the name of Potential Reach to Estimated Audience Size. In explaining the change, Meta did not explain any difference in calculating the metric, or suggest the metric was counting accounts or activity on different pages within one account. Instead, Meta continued to imply it was simply a name change and a move from one number to a range to align with how other platforms in the advertising industry provide estimates.

287.    In fact, in the announcement of the change, Meta continued to suggest the estimate was an estimate of people: "Facebook provides pre-campaign estimates to help advertisers understand the estimated number of **people** who meet the targeting and ad placement criteria they

select or how their ads may perform depending on those selections. These include Potential Reach, Estimated Daily Results and—if using interest categories—an estimate of the number of **people** who may have a particular interest."[105]

288.    The announcement included a screenshot of the description in Ads Manager explaining that "Potential Reach is now Estimated Audience Size" and describing Estimated Audience Size as "an estimate of the range of people who match your targeting criteria."



289.    Meta's statements that Estimated Audience Size is an estimate of people is false and/or misleading in context.

290.    Relatedly, Meta's inflated Estimated Audience Size figures are false and/or misleading in context.

291.    Meta has never clearly disclosed whether, when, and to what extent the Estimated Audience Size figures and Achieved Reach figures include or exclude duplicate and false accounts

---

[105] Meta, "Update to Our Pre-Campaign Estimates," https://www.facebook.com/business/news/update-to-our-pre-campaign-estimates (last visited Sept. 30, 2022) (emphasis added).

or "page" activity by one person within one account, or that they are not accurate estimates or measures of "people" in the target audience or "people" who saw the ad at least once.

292.    Moreover, none of the changes made by Meta to date have resolved the inflation that occurred in the Potential Reach figures, and that is still occurring in the Estimated Audience Size and Achieved Reach figures provided to potential ad-buyers.

293.    Meta still does not disclose whether, when, and to what extent it counts the same person as multiple "people" for purposes of Estimated Audience Size or Achieved Reach.

294.    Meta still does not disclose whether, when, and to what extent it counts as multiple "people" for Estimated Audience Size and Achieved Reach the same person who uses separate authorized accounts, creates unauthorized duplicate accounts, or takes actions on pages within an account (such as a business page).

295.    Meta still does not disclose whether, when, and to what extent it counts as multiple "people" for Estimated Audience Size and Achieved Reach non-people with false accounts, which are non-human, bots, or spam accounts.

296.    Moreover the figures Meta provided, and still provides, ad-buyers for Potential Reach, Estimated Audience Size, and Achieved Reach are false and/or misleading in context because Meta does not: (a) incorporate false and duplicate accounts into how it calculates these figures; (b) disclose percentages of false and duplicates accounts to consumers; (c) disclose to consumers it is not removing false and duplicate accounts or activity taken by one user on multiple pages; and/or (d) disclose to consumers whether, when, and to what extent it includes in these figures false and duplicate accounts or activity taken by one user on multiple pages within a single account.

297.    Furthermore, to the extent that Meta's calculation of Potential Reach, Estimated Audience Size, and/or Achieved Reach incorporated the reported 11% duplicate account figure and the 5% false account figure, the use of the understated percentage in the calculation resulted in inflated Potential Reach, Estimated Audience Size, and Achieved Reach figures.

298.    To the extent Meta did not incorporate the reported 11% duplicate account figure and the 5% false account figure into the calculation of Potential Reach, Estimated Audience Size, and/or Achieved Reach, but left this calculation to the advertiser based on these figures and the representation that the percentages were likely lower in developed countries, the understated reported percentages resulted in inflated Potential Reach, Estimated Audience Size, and Achieved Reach figures.

299.    Thus, Meta's statement that the Estimated Audience Size is a measure of "people" is false and/or misleading in context.

300.    Thus, the Estimated Audience Size figures provided by Meta are false and/or misleading in context.

301.    Likewise, Meta's statements after late October 2021 that the Achieved Reach is a measure of "people" and the reported Reach figures are false and/or misleading in context.

## IX.    Meta's False and/or Misleading Statements of Fact were Made in Widely Disseminated Commercial Advertisements or Promotions

### A.    Statements on Meta's Website

302.    Meta's false and/or misleading statements involving the term "people," including the number of people using Facebook, Facebook serving advertisements to people, Facebook's audience consisting of people, and reach, Potential Reach, Estimated Audience Size, and Achieved Reach being measures of people, were made in commercial advertising or promotion.

303.   As set forth above, Meta's false and/or misleading statements involving the term "people," including the number of people using Facebook, Facebook serving advertisements to people, Facebook's audience consisting of people, and reach, Potential Reach, Estimated Audience Size, and Achieved Reach being measures of people, are made on several of its own websites directed to potential ad-buyers, including on:

- Meta's webpage advertising/promoting Facebook ads to small businesses:

  https://www.facebook.com/business/small-business/advertise

- Meta's Community Standards:

  https://transparency.fb.com/policies/community-standards/account-integrity-and-authentic-identity/

- Meta's webpage advertising/promoting Facebook ads to specific industries:

  https://www.facebook.com/business/industries

- Meta's webpage in its "Business Help Center" advertising/promoting Facebook ads to businesses, titled "Your Guide to Digital Advertising":

  https://www.facebook.com/business/help/1029863103720320

- Meta's webpage in its "Business Help Center" advertising/promoting Facebook ads to businesses, titled "Why Advertise on Facebook":

  https://www.facebook.com/business/help/205029060038706

- Meta's webpage advertising/promoting Facebook ads to businesses:

  https://www.facebook.com/business/help/205029060038706

- Meta's webpage advertising/promoting Facebook's ad-targeting to businesses:

  https://www.facebook.com/business/help/205029060038706

- Meta's webpage in its "Business Help Center" advertising/promoting Facebook ads to businesses, titled "About Ad Auctions":

https://www.facebook.com/business/help/430291176997542?id=561906377587030

- Meta's webpage in its "Business Help Center" advertising/promoting Facebook ads to businesses, titled "Reach":

  https://www.facebook.com/business/help/710746785663278

- Meta's webpage in its "Business Help Center" advertising/promoting Facebook ads to businesses, titled "Cost per 1,000 People Reached":

  https://www.facebook.com/business/help/1461718327429941

- Meta's webpage advertising/promoting Facebook ads to small businesses with "ads-tips":

  https://www.facebook.com/business/small-business/advertise/facebook-ads-tips

- Meta's webpage advertising/promoting Facebook ads to businesses, titled "Metric Updates to Offer You More Actionable Business Insights":

  https://www.facebook.com/business/news/metrics-updates-to-offer-you-more-actionable-business-insights

- Meta's webpage advertising/promoting Facebook ads to businesses, titled "Update to Our Pre-Campaign Estimates":

  https://www.facebook.com/business/news/update-to-our-pre-campaign-estimates

304.    Meta's false and/or misleading statements involving MAUs, DAUs, duplicate accounts, false accounts, and growth were made in commercial advertising or promotion.

305.    As set forth above, Meta's false and/or misleading statements involving MAUs, DAUs, duplicate accounts, false accounts, and growth are made on several of its own websites directed to potential ad-buyers, including on:

- Meta's webpage in its "Business Help Center" advertising/promoting Facebook ads to businesses, titled "About Estimated Audience Size":

  https://www.facebook.com/business/help/1665333080167380?id=176276233019487

- Meta's webpage advertising/promoting Facebook ads to businesses, titled "Metric Updates to Offer You More Actionable Business Insights":

  https://www.facebook.com/business/news/metrics-updates-to-offer-you-more-actionable-business-insights

- Meta's "About Meta" page:

  www.about.meta.com and https://investor.fb.com/financials/

- Meta's press releases about its quarterly and annual reports:

  https://investor.fb.com/investor-news/default.aspx

- Meta's Community Standards Enforcement Report webpage:

  https://transparency.fb.com/data/community-standards-enforcement/fake-accounts/facebook/

306.    Meta also directs these statements to the general public by issuing press releases about its quarterly and annual report and posting them on PR Newswire for news outlets to pick up and report to the general public. *See, e.g.*, https://www.prnewswire.com/news-releases/facebook-reports-fourth-quarter-and-full-year-2020-results-301216628.html.

307.    Meta's false and/or misleading statements involving the number of People in a Facebook audience, Reach, Potential Reach, Estimated Audience Size, and Achieved Reach were made in commercial advertising or promotion.

308.    As set forth above, Meta's false and/or misleading statements involving the number of People in a Facebook audience, Reach, Potential Reach, Estimated Audience Size, and Achieved Reach are made on several of its own websites directed to potential ad-buyers, including on those listed in paragraph 302 above, and on:

- Meta's webpage in its "Business Help Center" advertising/promoting Facebook ads to businesses, titled "Reach":

  https://www.facebook.com/business/help/710746785663278

- Meta's prior webpage advertising/promoting Facebook ads to potential ad-buyers titled "Ads – Audiences – About potential reach", available at:

  https://web.archive.org/web/20190109200528/https://www.facebook.com/business/help/1665333080167380

- Meta's webpage advertising/promoting Facebook ads to businesses, titled "Metric Updates to Offer You More Actionable Business Insights":

  https://www.facebook.com/business/news/metrics-updates-to-offer-you-more-actionable-business-insights

- Meta's prior webpage advertising/promoting Facebook ads to potential ad-buyers titled "Audiences – About Potential Reach", available at:

  https://web.archive.org/web/20200429194212/https://www.facebook.com/business/help/1665333080167380

- Meta's webpage advertising/promoting Facebook ads to businesses, titled "Update to Our Pre-Campaign Estimates":

  https://www.facebook.com/business/news/update-to-our-pre-campaign-estimates

309.    The above-referenced statements on Meta's website are disseminated sufficiently to the relevant purchasing public—potential ad buyers—and intended to influence their purchasing decisions.

310.    Thus, these statements by Meta are a systematic communicative endeavor by Meta made to a particular class of consumers (potential ad-buyers) to persuade those possible consumers to buy Meta's product.

### B.    Statements in Meta's Public Filings

311.    Meta's false and/or misleading statements about MAUs, duplicate accounts, false accounts, and growth made in its quarterly and Annual Reports were statements made in commercial advertising or promotion.

312.    As set forth herein, Meta's statements about MAUs, duplicate accounts, false accounts, and growth made in its quarterly and Annual Reports were incorporated into and referenced on its online resources for consumers, and specifically in its information provided to potential purchasers of advertisements in Ads Manager.

313.    Meta's website provides promotional information to assist potential customers interested in paying Meta to run advertising campaigns.

314.    One such website is Meta's "Business Help Center."

315.    On its Business Help Center website, Meta states that "Estimated audience size is not a proxy for monthly or daily active users on Meta, or engagement," and refers potential customers to Meta's publicly-filed financial reports, specifically stating that "Facebook's quarterly earnings announcements provide this information."[106]

316.    Similarly, in the Ads Manager where customers create Facebook ad campaigns, when one places the cursor over the "(i)" next to Estimated Audience Size, then clicks "Learn More" in the popup window, another window appears explaining that the "Estimated audience size is not a proxy for monthly or daily active users on Meta, or engagement," and again refers potential customers to Meta's publicly-filed financial reports, specifically stating that "Meta's quarterly earnings announcements provide this information."

317.    Meta's quarterly earnings announcements, in turn, contain the same descriptions, numbers, and percentages of MAUs, duplicate accounts, false accounts, and growth as Meta's Forms 10-K, and, further, specifically direct readers to: "Please see Facebook's most recent

---

[106] https://www.facebook.com/business/help/1665333080167380?id=176276233019487 (last visited July 7, 2022).

quarterly or annual report filed with the SEC for definitions of user activity used to determine the number of our Facebook DAUs and MAUs."[107]

318.     Meta also posts its quarterly earnings announcements and its quarterly and annual reports, including its Forms 10-K, on Meta's website.[108]

319.     Additionally, every time it files a quarterly or annual report, Meta issues a press release containing, *inter alia*, the MAU, DAU, and growth data.[109]  The press releases also contain references to the SEC filings and links to Meta's website where it posts the SEC filings.[110]

320.     Meta also posts these press releases on its own website and on the publicly available PR Newswire website to be picked up by news outlets for the general public.[111]

321.     Thus, Meta directs potential customers interested in purchasing advertising from Meta to its SEC filings to obtain information about monthly or daily active users on Meta and engagement.

322.     Various portions of Meta's website also refer to monthly active users and daily active users and repeat the MAU and DAU data stated in its SEC filings.

323.     For example, as described above, on its website where it provides "Transparency Reports" promoting its proactive approach to eliminating billions of fake accounts each quarter,

---

[107] FB Earnings Presentation Q4, 2020, p. 2, https://s21.q4cdn.com/399680738/files/doc_financials/2020/q4/FB-Earnings-Presentation-Q4-2020.pdf.  Additional  quarterly  reports  available  at  https://investor.fb.com/financials/?section=quarterlyearnings.
[108] *See* https://investor.fb.com/financials (last visited Sept. 30, 2022); also available via www.about.meta.com,
[109] *Available at* https://investor.fb.com/investor-news/default.aspx.
[110] *See, e.g.*, "Facebook Reports Fourth Quarter and Full Year 2020 Results" https://investor.fb.com/investor-news/press-release-details/2021/Facebook-Reports-Fourth-Quarter-and-Full-Year-2020-Results/default.aspx   (last visited Sept. 30, 2022) (last visited Sept. 30, 2022).
[111] *See, e.g.*, PR Newswire, https://www.prnewswire.com/news-releases/facebook-reports-fourth-quarter-and-full-year-2020-results-301216628.html (last visited Sept. 30, 2022).

Meta stated that it estimated "fake accounts represented approximately 5% of [its] worldwide monthly active users (MAU) on Facebook during Q2 2022."[112]

324.    Meta acknowledges that its number of MAUs, DAUs, duplicate and false accounts, and user growth are relevant to advertisers continuing to do business with Meta:

> **If we fail to retain existing users or add new users, or if our users decrease their level of engagement with our products, our revenue, financial results, and business may be significantly harmed.**
>
> The size of our user base and our users' level of engagement across our products are critical to our success. Our financial performance has been and will continue to be significantly determined by our success in adding, retaining, and engaging active users of our products that deliver ad impressions, particularly for Facebook and Instagram. . . . Any future declines in the size of our active user base may adversely impact our ability to deliver ad impressions and, in turn, our financial performance
>
> * * * *
>
> Marketers will not continue to do business with us, or they will reduce the budgets they are willing to commit to us, if we do not deliver ads in an effective manner, if they do not believe that their investment in advertising with us will generate a competitive return relative to other alternatives, or if they are not satisfied for any other reason. . . .  If we are unable to maintain or increase our user base and user engagement, particularly for our significant revenue-generating products like Facebook and Instagram, our revenue and financial results may be adversely affected.  Any significant decrease in user retention, growth, or engagement could render our products less attractive to users, marketers, and developers, which is likely to have a material and adverse impact on our ability to deliver ad impressions and, accordingly, our revenue, business, financial condition, and results of operations.[113]

---

[112] Meta Community Standards Enforcement Report for Fake Accounts, https://transparency.fb.com/data/community-standards-enforcement/fake-accounts/facebook/ (last visited Sept. 30, 2022).
[113] Meta 2021 10-K, pp. 13, 15.

325. Meta also acknowledges that its customers look to the metrics provided in its SEC filings and that inaccuracies in those metrics could harm Meta's business.

> **Real or perceived inaccuracies in our community and other metrics may harm our reputation and negatively affect our business.**
>
> * * * *
>
> Where **marketers**, developers, or investors do not perceive our metrics or estimates to be accurate, or where we discover material inaccuracies in our metrics or estimates, we may be subject to liability, our reputation may be harmed, and **marketers** and developers may be **less willing to allocate their budgets or resources to our products that deliver ad impressions**, which could negatively affect our business and financial results.[114]

326. Meta's use of the terms monthly and daily active users throughout its website, its references to duplicate and false accounts on its website, its issuing and dissemination of press releases discussing and referencing the data in the SEC filings, and its reference to its SEC filings on its webpages as a source to obtain more information about MAUs, DAUs, growth, and engagement show that the statements about MAU, DAUs, duplicate and false accounts, growth, and engagement are disseminated sufficiently to the relevant purchasing public—potential ad buyers—and intended to influence their purchasing decisions.

327. Thus, these statements by Meta are a systematic communicative endeavor by Meta made to a particular class of consumers (potential ad-buyers) to persuade those possible consumers to buy Meta's product.

---

[114] *Id.* at 27 (emphasis added to second paragraph).

C.     **Statements on Ads Manager**

328.    Meta's false and/or misleading statements within Ads Manager that the Potential Reach and Estimated Audience Size are measures of "people" were made in commercial advertising or promotion.

329.    In Meta's Ads Manager, where all potential customers must go to create or explore creating Facebook ad campaigns, the statements that the Potential Reach is a measure of "people" was provided to every advertiser prior to the purchase of an advertisement.

330.    The representation that the Potential Reach was a measure of "people" was provided regardless of whether the consumer made any targeting audience adjustments, did not change based on any of the targeting criteria selected by the potential purchase, was provided to all consumers regardless of whether the consumer actually purchased ads, and was intended to influence the purchasing decision.

331.    The representation that the Potential Reach was a measure of "people" within Meta's Ads Manager thus was a systematic communicative endeavor by Meta made to a particular class of consumers (potential ad-buyers) to persuade those possible customers to buy Meta's product.

332.    The representation that the Estimated Audience Size is a measure of "people" is provided regardless of whether the consumer makes any targeting audience adjustments, does not change based on any of the targeting criteria selected by the potential purchase, is provided to all consumers regardless of whether the consumer actually purchased ads, and is intended to influence the purchasing decision.

333.    The representation that the Estimated Audience Size is a measure of "people" within Meta's Ads Manager thus is a systematic communicative endeavor by Meta made to a

particular class of consumers (potential ad-buyers) to persuade those possible customers to buy Meta's product.

334.    Meta's false and/or misleading Potential Reach and Estimated Audience Size figures in Meta's Ads Manager are also statements made in commercial advertising or promotion.

335.    Meta provides Potential Reach and Estimated Audience Size estimates before a potential advertiser makes a purchase and regardless of whether a purchase is ever made.

336.    The Potential Reach and Estimated Audience Size figures are provided to everyone using Ads Manager.

337.    The Potential Reach and Estimated Audience Size figures are shown to every potential consumer regardless of whether the consumer makes any targeting audience adjustments and regardless of whether the consumer actually purchases ads.

338.    While the figures may change based on targeting criteria, they change consistently because the figures are calculated in a uniform way by Meta using Meta's internal data.

339.    Moreover, any potential purchaser can go to Ads Manager and view the Potential Reach and Estimated Audience Size results (either before or after entering targeting criteria) without making a purchase.

340.    Thus, as exemplified by the screenshots of the Estimated Audience Size figures from Ads Managers above, the Potential Reach and Estimated Audience Size figures are disseminated to anonymous recipients and do not require any person-to-person communication or personal sales calls to obtain.

341.    Meta providing Potential Reach or Estimated Audience Size figures is intended to influence the purchasing decision of potential consumers.

342.    Meta specifically acknowledges the Potential Reach and Estimated Audience Size figures: (a) are provided to every potential advertiser; (b) are meant to help potential advertisers determine whether to place an ad; (c) are displayed regardless of whether an ad is purchased; and (d) do not constitute a part of the bargain or contract if an ad is purchased.

343.    Thus, in its motion to dismiss the Third Amended Complaint in *DZ Reserve*, Meta explained:

- "Facebook provides reach estimates for free to anyone who uses Ads Manager, an interactive online interface that allows potential advertisers to target ad to a particular audience . . . ."

- "Potential Reach estimates . . . help potential advertisers understand how their choices make [a targeted] group narrower or broader."

- "Facebook provides Potential Reach and Estimated Daily Reach before an advertiser makes a purchase, and regardless of whether a purchase is ever made."

- "Any user with a Facebook account can go to Ads Manager, select targeting and placement criteria, and view Potential Reach and Estimated Daily Reach for an ad campaign without making a purchase."

- If a Facebook advertisement is purchased, "[n]either [of the two contract terms governing the purchase] contain any promise relating to Potential Reach or Estimated Daily Reach."[115]

344.    Accordingly, although the Potential Reach and Estimated Audience Size figures can change based on the selected inputs, they are always disseminated to a particular class of consumers—namely potential purchasers of Facebook advertisements.

345.    The Potential Reach and Estimated Audience Size figures thus are a systematic communicative endeavor by Meta made to a particular class of consumers (potential ad-buyers) to persuade those possible customers to buy Meta's product.

---

[115] *DZ Reserve*, Doc. 177, Mot. to Dismiss TAC, pp. 3-4.

346.     Likewise, Meta's false and/or misleading statements within Ads Manager that the Achieved Reach are measures of "people" and the Achieved Reach figures were made in commercial advertising or promotion.

347.     The representation that the Achieved Reach was a measure of "people" was provided to all consumers regardless of whether the consumer actually purchased ads, and was intended to influence the purchasing decision.

348.     The Achieved Reach figures are shown to current customers, who are also potential purchasers of additional Facebook advertisements, during and after an ad campaign.

349.     The Achieved Reach figures are intended to influence the purchasing decision of potential consumers, including whether the consumer should continue, adjust or terminate a current ad campaign or engage in a new ad campaign.

350.     Accordingly, the Achieved Reach figures are disseminated to a particular class of consumers—namely potential purchasers of Facebook advertisements.

351.     The Achieved Reach figures thus are a systematic communicative endeavor by Meta made to a particular class of consumers (potential ad-buyers) to persuade those possible customers to buy Meta's product.

## X.     Meta's False and/or Misleading Statements of Fact Actually Deceived or had a Tendency to Deceive Consumers

352.     The common understanding of the term "people" is straightforward: "human beings, persons."[116]

353.     Meta knows how to, and often does, distinguish between "people," "user accounts," "duplicate accounts," "false accounts," and "active users."

---

[116] Merriam-Webster Online Dictionary, *available at* https://www.merriam-webster.com/dictionary/people.

354.    For example, in one sentence in its 2021 10-K, Meta states: "Many **people** in our community have **user accounts** on more than one of our products, and some **people** have **multiple user accounts** within an individual product."[117]

355.    Even in trying to explain that the old Potential Reach metrics were actually a measure of "users," Meta distinguished between active users and people, but wrongly stated that, going forward, the metric would only include "people":

> Potential reach was previously calculated based on the number of total monthly active **users** on Facebook. . . . Now we're only including **people** in potential reach who were shown an ad on Facebook in the last 30 days.[118]

356.    Meta also occasionally makes the word "people" hyperlink to a confusing statement about Unique Metrics, but often it does not include such a hyperlink, as in many of the examples set forth above.

357.    To the extent Meta's use of the term "people" is not outright false, it actually deceived or had a tendency to deceive consumers into thinking it referred to human beings, or persons—not active users, accounts, duplicate accounts, false accounts, or activity on multiple pages under one account.

358.    As an example of actual deception, one of the plaintiffs in *DZ Reserve*, a Facebook ad-buyer, testified that he was deceived into paying more money than he otherwise would have spent on Facebook ads "because Facebook said that potential reach meant people, not accounts, but, in fact, means accounts, not people."[119]

359.    Meta also knew that the term "people" was misleading but continued using it.

---

[117] Meta 2021 10-K, p. 4 (emphasis added).
[118] Facebook Business, Metrics Updates to Offer You More Actionable Business Insights, March 12, 2019 https://www.facebook.com/business/news/metrics-updates-to-offer-you-more-actionable-business-insights.
[119] *DZ Reserve*, Doc. 282, Pl. Class Cert. Mot. p. 12.

360.    Plaintiff believes there are internal documents in Meta's custody, possession, or control revealing that Meta acknowledged internally that the term "people" was misleading, as shown in this redacted portion of a motion in *DZ Reserve*:[120]

| | |
|---|---|
| 13 | Facebook's own words and actions also explain why injunctive relief is necessary. Facebook |
| 14 | has failed to take steps to reduce inflation—even though it developed ways to do so. It continues to |
| 15 | insist Potential Reach means people—even though it acknowledges internally "people" is an |
| 16 | "██████████████" And at least one former senior executive has indicated Facebook *aims* to |

361.    This is why Mr. Fidler, while working for Meta, internally proposed in the summer of 2018 to eliminate "people" and make clear what reach estimates were based on.

362.    Additionally, as set forth above, to the extent Meta's statements of audience size, MAUs, DAUs, the percentage of false and duplicate accounts, growth and engagement are not false, they actually deceived or had a tendency to deceive consumers.

363.    Meta's calculated decision to report percentages of false and duplicate accounts and adjust them by as little as 1% is likely to deceive consumers as to their accuracy.

364.    A reasonable consumer would also believe that, if Meta could not accurately estimate audience size, MAUs, DAUs, a percentage of false and duplicate accounts, and growth, it would not then do so in public filings, on its website, and in press releases.

365.    Furthermore, to the extent Meta's statements of inflated Potential Reach, Estimated Audience Size, and Achieved Reach are not false, they actually deceived or had a tendency to deceive consumers.

366.    As an example of actual deception, both of the plaintiffs in *DZ Reserve*, Facebook ad-buyers, testified that they were deceived into paying more money than they otherwise would

---

[120] *DZ Reserve*, Doc. 282, Pl. Class Cert. Mot. p. 2.

have spent on Facebook ads "because of inflated potential reach numbers . . . ." and they would have paid less had they known of the inflation.[121]

367. In *DZ Reserve*, an expert for the plaintiff calculated that a class of ad-buyers would have spent less if they knew of the inflation (the expert's results are redacted).[122]

368. Meta also knew that the reach metrics were inflated and misleading to advertisers.

369. Internally, Mr. Fidler also wrote that Meta's targeting team "strongly believe[s] that potential reach should represent the number of people that can be reached on FB. This is not the case today. We are counting people that can't be reached on FB and misleading advertisers."

370. One executive called Meta's conduct "deeply wrong."[123]

371. Facebook's former VP for Ads, Rob Goldman, called Facebook's treatment of duplicate accounts in the reach metrics "pretty indefensible."[124]

372. Meta's conduct is deeply wrong and its treatment of duplicate accounts in the reach metrics is indefensible.

## XI.    The Deception is Material and Likely to Influence Purchasing Decisions

373. Meta's statements that Facebook is a real identity platform and that advertisements will be shown to and reach people was material to advertisers considering purchasing ads on Meta because it purported to inform potential purchasers of who an ad could and would reach and influences whether and how the advertiser should use Meta to run an advertising campaign.

374. Meta's statements regarding the number of people using Facebook, its audience size, the number of MAUs, DAUs, the percentage of duplicate and false accounts, and Facebook growth disclosed by Meta was material to advertisers considering purchasing ads on Meta because

---

[121] *DZ Reserve*, Doc. 282, Pl. Class Cert. Mot. p. 12.
[122] *DZ Reserve*, Doc. 317, Pl. Class Cert. Reply, p. 4.
[123] *DZ Reserve*, Doc. 282, Pl. Class Cert. Mot. p. 1.
[124] *Id.*

it informed potential purchasers of the number of people active on Facebook and influenced whether and how the advertiser should use Meta to run an advertising campaign.

375.    The Potential Reach figures and description provided by Meta was material to advertisers considering purchasing ads on Meta because it purported to inform potential purchasers of the number of people in an ad's target audience and influenced whether and how the advertiser should use Meta to run an advertising campaign.

376.    The Estimated Audience Size figures and description provided by Meta was material to advertisers considering purchasing ads on Meta because it purported to inform potential purchasers of the number of people in an ad's target audience and influenced whether and how the advertiser should use Meta to run an advertising campaign.

377.    The Achieved Reach figures and description provided by Meta was material to advertisers considering purchasing additional ads on Meta because it purported to provide them, during and after an ad campaign, the number of people who saw the ad at least once and influenced whether and how the advertiser should continue with the campaign, whether the advertiser should make adjustments to the ongoing campaign, whether the advertiser should make adjustments to a future campaign, or whether the advertiser should choose not to proceed with a future campaign.

378.    Meta knew the importance of audience size, reaching people, and its reach metrics.

379.    According to Meta, advertisers "frequently rely" on the estimated audience, and Potential Reach is "arguably the single most important number on [its] ads creation interface":

> When creating advertising campaigns, advertisers frequently rely on the estimated audience to understand the potential reach of their campaigns and set the bid and budget strategy.  Thus, this number is arguably *the single most important number* in our ads creation interfaces. [125]

---

[125] *DZ Reserve*, Doc. 282, Pl. Class Cert. Mot. p. 4.

380.    Meta acknowledged the importance of reaching people and the reach metrics, which it emphasized is affected by the ad-buyer's bid, budget and audience targeting:

## How It's Used

Reach gives you a measure of how many people were exposed to your message during an ad campaign. People may not always click on your ads, but they may be more likely to engage with your business when they see your message.

Your reach can be affected by your bid, budget and audience targeting.[126]

381.    In its brand workshops to advertisers, "Facebook suggests that reach is the most important driver of ROI [return on investment] with the power to uplift ROI by 70 percent if reach is maximized."[127]

382.    Likewise, advertisers find reach to be one of the most, if not the most, important metric. For example, "[f]or all Diageo content, reach is the number one metric."[128]

383.    The false and misleading statements and metrics by Meta materially impacted advertising decisions with respect to whether and how to advertise on the Facebook platform, and whether and how to continue advertising on the Facebook platform, in lieu of the alternative ad platforms and services provided by Metroplex and the Class.

384.    Internally, Meta repeatedly acknowledged that reaching people and audience size metrics were material and critical to its revenues. Relatedly, Meta executives repeatedly refused to fix or disclose any metric inflation because it would have a "significant" "revenue impact."

---

[126] https://www.facebook.com/business/help/710746785663278 (visited Oct. 28, 2021; last visited Sept. 26, 2022).
[127] Kizzy Lilburne, "Improving return on investment and measurement on Facebook" *Journal of Digital & Social Media Marketing*, Vol. 4, 4, p. 353 (2017) (citing Brand Workshop held at Facebook's offices, London, Nov. 2015).
[128] *Id.*

385.    Carolyn Everson, who led Facebook's advertising teams as Vice President of Facebook's Global Business Group, explained that the metric inflation "impacted planning" by advertisers, noting "If we overstated how many actual real people we have in certain demos, there is no question that impacted budget allocations":

> SUMA is going to go down horribly in my view without a strong narrative on what consumers are doing and why (specific examples) and also we have to be 100% certain that it did not impact billing on anything. I think it clearly impacted planning and we are going to get really criticized for that (and justifiably so). If we overstated how many actual real people we have in certain demos, there is no question that impacted budget allocations.  We have to prepare for the worst here.

386.    As set forth above, in its SEC filings Meta also acknowledged the materiality of its audience size, number of MAUs, DAUs, duplicate and false accounts, and user growth, and audience metrics.

> Marketers will not continue to do business with us, or they will reduce the budgets they are willing to commit to us, if we do not deliver ads in an effective manner, if they do not believe that their investment in advertising with us will generate a competitive return relative to other alternatives, or if they are not satisfied for any other reason. . . . Any significant decrease in user retention, growth, or engagement could render our products less attractive to users, marketers, and developers, which is likely to have a material and adverse impact on our ability to deliver ad impressions and, accordingly, our revenue, business, financial condition, and results of operations. . . . . Where marketers, developers, or investors do not perceive our metrics or estimates to be accurate, or where we discover material inaccuracies in our metrics or estimates, we may be subject to liability, our reputation may be harmed, and marketers and developers may be less willing to allocate their budgets or resources to our products that deliver ad impressions, which could negatively affect our business and financial results. [129]

387.    Furthermore, the difference between metrics that include and exclude duplicate accounts, false accounts, and actions on multiple pages within one account was likely to influence a potential ad buyer's purchasing decision.

---

[129] Meta 2021 10-K, pp. 13, 15, 27.

388.    For example, one plaintiff in *DZ Reserve* testified that, had he known of the inflation in the metrics, he would have reduced his spending on Facebook by more than 90% (from more than $1 million to about $43,000).[130]

389.    The other plaintiff likewise testified:

> "[I]f the data were accurate and said, 'We don't know how many people, but this is accounts, and that could be seven times as many accounts as there are actual people,' I would have definitely given it a second thought.  I might have tested the waters.  But the fact that the data were deceptive – were deceptive, I would not have spent any money on Facebook at all, that's correct.  I can't – I can't build a business on bad data.  Garbage in, garbage out.[131]

390.    The plaintiffs' expert in *DZ Reserve* conducted a conjoint survey and determined that inflation of the Potential Reach metric had a statistically significant impact on consumer demand for Facebook advertisements (the report is redacted).

## XII.    Metroplex and the Class Have Been or are Likely to be Injured as a Result of Meta's False and/or Misleading Statements

391.    Metroplex has lost sales to Meta as a result of Meta's false and misleading statements that Facebook is a real identity platform and that advertisements will be shown to and reach people; Meta's statements regarding the number of people using Facebook, its audience size, the number of MAUs, DAUs, the percentage of duplicate and false accounts, and Facebook growth; and Meta's Potential Reach, Estimated Audience Size, and Achieved figures and description, including the description that these figures represented "people."

392.    Meta's conduct is continuing, and Metroplex is likely to continue losing sales to Meta as a result of Meta's false and misleading statements that Facebook is a real identity platform and that advertisements will be shown to and reach people; Meta's statements regarding the

---

[130] *DZ Reserve*, Doc. 317, Pl. Class Cert. Reply p. 4.
[131] *Id.*

number of people using Facebook, its audience size, the number of MAUs, DAUs, the percentage of duplicate and false accounts, and Facebook growth; and Meta's Potential Reach, Estimated Audience Size, and Achieved figures and description, including the description that these figures represented "people."

393.    Meta knows that announcing corrections to its statements to show decreases in active users, user retention, growth, or engagement would "render [its] products less attractive to . . . marketers" as "declines in the size of [its] active user base may adversely impact [its] ability to deliver ad impressions and, in turn, [its] financial performance."

394.    Meta also explains that the discovery of inaccurate audience estimates and metrics would make advertisers "less willing to allocate their budgets or resources to [Meta's] products that deliver ad impressions."[132]

395.    The lower demand for Facebook digital ads and the decrease in marketing budget spent on Facebook in light of the discovery of such inaccurate data is borne out by the *DZ Reserve* plaintiffs' testimony and survey referenced above.

396.    As set forth above, with dwindling sources of local news, the remaining local news outlets, such as Metroplex, remain as an alternative to Meta for reaching people in a targeted audience.

397.    Lower consumer demand for Facebook digital ads and a decreased willingness to allocate marketing budgets and resources to Meta means advertisers would allocate some or all of their marketing budgets and resources to other sources, such as Metroplex and the Class Members, in lieu of Facebook ads to reach people in their audiences.

---

[132] Meta 2021 10-K, p. 27.

398.   Meta's false and misleading statements have thus harmed Metroplex and the Class by diverting advertising dollars away from them and to Meta.

399.   For instance, Metroplex sells advertisements to consumers that simultaneously buy advertisements from Meta.

400.   On September 30, 2022, several companies were utilizing digital advertising on both Metroplex's local news website, advantagenews.com, and on Meta, including, *inter alia*, OSF Healthcare, Landmark Realty, Roberts Motors Ford, Riviera Maya Restaurant, Alton Little Theater, Action Cleaning Services, and 1st MidAmerica Credit Union.

401.   These advertisers, who utilize Metroplex for some advertising, have chosen to allocate money away from Metroplex and to Meta.

402.   Metroplex is also aware of potential customers of Metroplex that choose to utilize Meta instead of Metroplex, and of customers that previously advertised with Metroplex but switched exclusively to Meta, based on their perception that Facebook ads will be served on people, that Facebook users are growing each year, and that the descriptions and metrics about audience and reach are representative of "people" in the target audience.

403.   As set forth above, advertisers who learn of Meta's inflation and misstatements of fact described above would reduce the amount of their marketing budget that they allocate to Meta for advertisements.

404.   As Facebook's Vice President of Facebook's Global Business Group explained, "If we overstated how many actual real people we have in certain demos, there is no question that impacted budget allocations."

405.   Because of the false and misleading statements, the companies that simultaneously advertised on Metroplex and Meta spent less of their marketing budget on Metroplex and allocated more of their marketing dollars to Meta than they otherwise would have had they known the truth.

406.   Had they known the truth, the companies that simultaneously advertised on Metroplex and Meta would have allocated more of their marketing budgets on Metroplex, for example to run their ad campaigns for a longer period of time, or to reach more people in the same target audience using Metroplex's print or radio advertisements.

407.   Because of the false and misleading statements, the companies that chose to advertise with Meta instead of Metroplex and the companies that moved from Metroplex to Meta spent less of their marketing budget on Metroplex and allocated more of their marketing dollars to Meta than they otherwise would have had they known the truth.

408.   Had they known the truth, the companies that chose to advertise with Meta instead of Metroplex and the companies that moved from Metroplex to Meta would have allocated some of their marketing budgets on Metroplex rather than allocating the amount they did on Meta.

409.   For similar reasons, the other Class Members have lost sales to Meta as a result of its false and misleading statements because advertisers have allocated more of their marketing budgets to Meta than to the other Class Members.

410.   In addition to diverting sales, Meta's false and misleading statements have also harmed, and are likely to continue harming, Metroplex's reputation because Meta wrongly implies that its competitors, including Metroplex, cannot reach as many people in the same target audiences.

411.   But as set forth above, the numbers Meta prominently advertises and promotes are misleading, inaccurate, and unreliable to conduct any such comparison in the first place.

412.    For similar reasons, Meta's false and misleading statements have also harmed, and are likely to continue harming, the reputation of the Class Members.

413.    Under Meta's logic, it would be appropriate for Metroplex to prominently advertise that advantagenews.com has hundreds of thousands of people who visit the site every month and promote to potential ad-buyers that they could reach hundreds of thousands of people in the area, while elsewhere on its website vaguely stating that for some unspecified calculations it "may" count the same person more than once and also not include "people" "in some cases."

414.    Such tactics cross the line from expected competition to unfair competition.

415.    Meta, one of the largest companies in the world, simply cannot be permitted to continue with its unfair competition that has caused harm to, and continues to harm, Metroplex and the Class.

## XIII.  Meta's False and/or Misleading Statements Cause Unfair Competition with Metroplex and the Class

416.    Meta's statements that Facebook is a real identity platform and that advertisements will be shown to and reach people; Meta's statements regarding the number of people using Facebook, its audience size, the number of MAUs, DAUs, the percentage of duplicate and false accounts, and Facebook growth; and Meta's Potential Reach, Estimated Audience Size, and Achieved figures and description, including the description that these figures represented "people," provided to ad buyers during the Class Period were false or misleading descriptions of fact, or false or misleading representations of fact, used in commerce in connection with goods or services.

417.    Meta's statements that Facebook is a real identity platform and that advertisements will be shown to and reach people; Meta's statements regarding the number of people using Facebook, its audience size, the number of MAUs, DAUs, the percentage of duplicate and false accounts, and Facebook growth; and Meta's Potential Reach, Estimated Audience Size, and

Achieved figures and description, including the description that these figures represented "people," provided to ad buyers during the Class Period were false and/or misleading statements of fact by Meta in a commercial advertisement or promotion about its own product that misrepresented the nature, characteristics, and/or qualities of its goods, services, or commercial activities.

418.    Meta's statements that Facebook is a real identity platform and that advertisements will be shown to and reach people; Meta's statements regarding the number of people using Facebook, its audience size, the number of MAUs, DAUs, the percentage of duplicate and false accounts, and Facebook growth; and Meta's Potential Reach, Estimated Audience Size, and Achieved figures and description, including the description that these figures represented "people," provided to ad buyers during the Class Period actually deceived or had the tendency to deceive a substantial segment of its audience.

419.    Meta's statements that Facebook is a real identity platform and that advertisements will be shown to and reach people; Meta's statements regarding the number of people using Facebook, its audience size, the number of MAUs, DAUs, the percentage of duplicate and false accounts, and Facebook growth; and Meta's Potential Reach, Estimated Audience Size, and Achieved figures and description, including the description that these figures represented "people," provided to ad buyers during the Class Period were material, in that they were likely to influence the purchasing decision of consumers buying digital advertisements.

420.    Meta caused its false and/or misleading statements to enter interstate commerce.

421.    During the Class Period, Meta has known these statements to be false and/or misleading and has intentionally and willfully continued to make them.

422.    In the alternative, even if Meta's conduct was unintentional, Meta knew or should have known these statements were false and/or misleading.

423.    Meta's false and/or misleading statements have enabled it to obtain advertising and paid content revenue and profit to the detriment of its competitors, including Metroplex.

424.    Metroplex and the Class Members have been and are likely to be injured as a result of the false and/or misleading statements, either by direct diversion of sales from themselves to Meta and/or by lessening of the goodwill associated with their products.

425.    Moreover, Metroplex and the Class Members will continue being injured and have an inadequate remedy at law because of Meta's ongoing conduct in continuing to perpetuate the false and/or misleading statements of fact in the commercial advertisement or promotion about its own product.

## CLASS ALLEGATIONS

426.    Metroplex brings this action on behalf of itself and all others similarly situated, as a representative of the following class (the "Class"):

> All persons (including entities) in the United States who, during the Class Period, (a) operated a website or phone app and (b) sold advertisements to third-parties to display on such website or app.

427.    Metroplex brings this action on behalf of itself and all others similarly situated, as a representative of the following subclass (the "Subclass"):

> All persons (including entities) who are citizens of Illinois who, during the Class Period, (a) operated a website or phone app in Illinois and (b) sold advertisements to third-parties to display on such website or app.[133]

428.    Excluded from the Class are Meta, employees of Meta, as well as officers, directors, affiliates, legal representatives, predecessors, successors, and assigns of Meta. Also excluded are the judges, court personnel, and jury in this case, and any members of their immediate families.

---

[133] Unless otherwise indicated, the Class and Subclass are collectively referred to as the Class.

429.    Metroplex reserves the right to amend or modify the Class definitions with greater specificity or division into subclasses after having had an opportunity to conduct discovery.

430.    The Class Period is that period within the statute of limitations for this action and extending until a Class is certified herein.

431.    The Class is certifiable under Fed. R. Civ. P. 23.

432.    **Numerosity.** The members of the Class are so numerous that joinder of all members is impractical.

433.    **Typicality.** Metroplex's claims are typical of the claims of the Class Members. Metroplex and all Class Members have had their rights violated based on Meta's unfair competition as set forth herein.

434.    **Commonality and Predominance.** There are questions of law and fact common to the Class, which predominate over any questions affecting individual members of the Class. These common questions of law and fact include, without limitation:

> a.    Whether any or all of the statements described above were false or misleading statements of fact in a commercial advertisement or promotion about Meta's own product;
>
> b.    Whether the statement(s) were material;
>
> c.    Whether the statement(s) actually deceived or had the tendency to deceive Meta's customers;
>
> d.    Whether the deception was material, in that it was likely to influence the purchasing decision of Meta's customers;
>
> e.    Whether Meta caused the statement(s) to enter interstate commerce;
>
> f.    Whether Metroplex and the Class have been or are likely to be injured as a result of the false or misleading statement(s), either by direct diversion of sales from themselves to Meta or by a lessening of the goodwill associated with their products;
>
> g.    Whether Meta's profits should be disgorged, and in what amount; and
>
> h.    Whether Meta's conduct should be enjoined.

435.   **Adequacy.** Metroplex is a member of the Class and Subclass it seeks to represent, committed to the vigorous prosecution of this action, and has retained competent counsel experienced in the prosecution of class actions. Metroplex has no conflicts of interest with other class members and is an adequate representative who will fairly and adequately protect the interests of the Class and Subclass.

436.   **Superiority.** A class action is a superior method for the fair and efficient adjudication of the controversy. Because the amount of each individual Class member's claim is small relative to the complexity of the litigation, and due to the financial resources of Meta, Class members are unlikely to seek legal redress individually for the claims alleged herein. Therefore, absent a class action, Class members will continue to suffer losses and the misconduct of Meta will proceed without remedy. Even if Class members themselves could afford such individual litigation, the court system could not. Given the complex legal and factual issues involved, individualized litigation would significantly increase the delay and expense to all parties and to the Court. Individualized litigation would also create the potential for inconsistent or contradictory rulings. By contrast, a class action presents far fewer management difficulties, allows claims to be heard that might otherwise go unheard because of the relative expense of bringing individual lawsuits, and provides the benefits of adjudication, economies of scale and comprehensive supervision by a single court. Finally, Metroplex knows of no difficulty that will be encountered in the management of this litigation that would preclude its maintenance as a class action.

437.   **Class Action on Limited Issues and Injunctive Relief.** As set forth above, it is appropriate for this action to be maintained as a class action pursuant to Fed. R. Civ. P. 23(b)(3). Because there are common individual issues among the Class, it is appropriate for this action to be maintained as a class action with respect to particular issues if necessary. *See* Fed. R. Civ. P.

23(c)(4).  Additionally, it is appropriate to maintain a class action with respect to the claims for injunctive relieve pursuant to Fed. R. Civ. P. 23(b)(2).

## COUNT I

### Violation of the Lanham Act (15 U.S.C. § 1125(a))

438.    Metroplex incorporates and realleges each paragraph above as if fully set forth herein.

439.    In acting as set forth above, Meta violated section 43(a) of the Lanham Act, 15 U.S.C. §1125(a)(1)(B), in connection with its sale of advertising services, by using in commerce words, terms, names, symbols, or devices, or any combination thereof, false or misleading descriptions of fact, and/or false or misleading representations of fact, which in commercial advertising or promotion, misrepresented the nature, characteristics, and/or qualities of Meta's goods, services, or commercial activities.

440.    As described above, Meta's statements that Facebook is a real identity platform and that advertisements will be shown to and reach people; Meta's statements regarding the number of people using Facebook, its audience size, the number of MAUs, DAUs, the percentage of duplicate and false accounts, and Facebook growth; and Meta's Potential Reach, Estimated Audience Size, and Achieved figures and description, including the description that these figures represented "people," were and remain materially false and/or misleading statements of fact in commercial advertisements or promotions about Meta's own product.

441.    The false and/or misleading statements actually deceived or had the tendency to deceive a substantial segment of Meta's audience.

442.    The false and/or misleading statements were and are likely to influence the purchasing decision of Meta's customers.

443.    Meta caused its false and/or misleading statements to enter interstate commerce.

444.    The false and/or misleading statements by Meta are related to facts that consumers purchasing advertisements consider to be the most important. Accordingly, Meta has significantly benefited from the false and/or misleading statements.

445.    For example, Meta added approximately 8 million active advertisers on Facebook between 2015 and 2020, most of which were small and medium-sized businesses.

446.    Meta also draws a large share of social and political advertising dollars. According to Meta's own data published on its website, in the 90 days between March 27, 2022 and June 27, 2022, Meta earned more than $169,000,000 from people or entities running ads solely about social issues, elections, or politics in the United States. Of these, over 16,000 different people or entities ran ads about social issues, elections, or politics to reach people in Illinois. These advertisers of social issues, elections, or politics trying to reach Illinois audiences paid Meta $7,098,216 during this 90-day period—or $78,869.06 per day.[134] Extrapolating these nationwide 90-day figures to a yearly amount means Meta would make about $685,388,888.89 of revenues from U.S. ads about social issues, elections, or politics.

447.    Metroplex and the Class have been or are likely to be injured as a result of the false and/or misleading statements, either by direct diversion of sales from themselves to Meta or by a lessening of the goodwill associated with their products.

448.    Meta has, for years, willfully made and had direct knowledge of its false and/or misleading statements, internally discussed changing its statements, and willfully chose not to do so to avoid losing customers and revenue.

449.    As set forth above, Meta willfully continues to make false and/or misleading statements to unfairly compete with Metroplex and the Class.

---

[134] Report available at https://www.facebook.com/ads/library/report/?source=archive-landing-page&country=US (last accessed June 27, 2022).

450.     In the alternative, even if Meta's conduct was unintentional, Meta knew or should have known these statements were false and/or misleading.

451.     Pursuant to 15 U.S.C. § 1117, Metroplex and the Class are entitled to recover Meta's profits and the costs of this action.

452.     Pursuant to 15 U.S.C. § 1117, this is an exceptional case warranting the recovery of Metroplex and the Class Members' reasonable attorneys' fees.

453.     Meta's unfair competition is continuing and Metroplex and the Class face a risk of future harm with no adequate legal remedy given the ongoing false and/or misleading statements by Meta. As a result, and in addition to the relief described above, Metroplex and the Class seek injunctive relief pursuant to 15 U.S.C. § 1116.

WHEREFORE, Metroplex and the Class pray for the relief requested in the Prayer for Relief set forth below.

## COUNT II

## Violation of the Illinois Uniform Deceptive Trade Practices Act (815 ILCS 510/1 *et seq.*)

454.     Metroplex incorporates and realleges each paragraph above as if fully set forth herein.

455.     As set forth above, Meta engaged in deceptive trade practices under the Illinois Uniform Deceptive Trade Practices Act, 815 ILCS § 510/2, by, in the course of its business:

a.     representing that its goods or services have characteristics, benefits, or quantities that they do not have;

b.     advertising its goods or services with intent not to sell them as advertised; and/or

c.     engaging in other conduct that created a likelihood of confusion or misunderstanding.

456.    Meta's conduct with respect to the Illinois Subclass occurred primarily and substantially in Illinois.

457.    For example, Metroplex and the Illinois Subclass compete with Meta primarily for advertiser dollars to be spent in Illinois on ads geared toward and displayed primarily to audiences in Illinois.

458.    Meta's representations and advertising of its goods and other conduct creating a likelihood of confusion or misunderstanding that affected the Illinois Subclass were made primarily to advertisers in Illinois.

459.    As set forth herein, Meta willfully engaged in the above-described deceptive trade practices with the intent to deceive consumers.

460.    In the alternative, even if Meta's conduct was unintentional, it still has resulted in deceptive trade practices prohibited by Illinois law.

461.    Metroplex and the Subclass Members are likely to be damaged by Meta's deceptive trade practices.

462.    As set forth above, Meta willfully continues to make false and/or misleading statements described above.

463.    Meta's unfair competition is continuing and Metroplex and the Subclass face a risk of future harm with no adequate legal remedy given the ongoing false and/or misleading statements by Meta. As a result, Metroplex and the Subclass seek injunctive relief pursuant to 815 ILCS 510/3.

WHEREFORE, Metroplex and the Subclass pray for the relief requested in the Prayer for Relief set forth below.

## PRAYER FOR RELIEF

WHEREFORE, Metroplex, on behalf of itself, the Class, and Subclass, pray for judgment against Meta as follows:

A.   entering an order certifying the Class and Subclass as requested herein and appointing the undersigned as lead counsel for the Class and Subclass;

B.   awarding Metroplex and the Class injunctive relief, including, but not limited to, enjoining Meta from continuing the unlawful practices as set forth herein and ordering Meta to engage in a corrective advertising campaign;

C.   awarding Metroplex and the Class compensation in the form of Meta's profits pursuant to 15 U.S.C. § 1117(a);

D.   awarding Metroplex and the Class its costs and reasonable attorneys' fees pursuant to 15 U.S.C. § 1117(a) and/or 815 ILCS 510/3;

E.   awarding Metroplex and the Class any pre-judgment and post-judgment interest, as provided by law; and

F.   awarding such other and further relief as is just and appropriate.

## JURY DEMAND

Metroplex demands a trial by jury on all claims so triable.

Dated: October 4, 2022                    Respectfully submitted,

**GOLDENBERG HELLER
& ANTOGNOLI, P.C.**

By:  */s/ Kevin P. Green*
Thomas P. Rosenfeld #06301406
Kevin P. Green #06299905
Thomas C. Horscroft #06327049
2227 South State Route 157
Edwardsville, IL 62025
618-656-5150
tom@ghalaw.com
kevin@ghalaw.com
thorscroft@ghalaw.com

**MARGULIS GELFAND, LLC**

By:  */s/ Justin K. Gelfand*
Justin K. Gelfand
Ian T. Murphy
Gregory P. Bailey
7700 Bonhomme Avenue, Suite 750
Clayton, MO 63105
314-390-0234
justin@margulisgelfand.com
ian@margulisgelfand.com
greg@margulisgelfand.com

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on October 4, 2022, the foregoing was filed with the Court Clerk via the Court's electronic filing system and served on upon all counsel of record via the Court's electronic notification system.

<u>/s/ Kevin P. Green</u>