# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| METROPLEX COMMUNICATIONS, INC., on behalf of itself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>META PLATFORMS, INC.,<br><br>Defendant. | Case No. 3:22-cv-1455-SMY<br><br>Hon. Staci M. Yandle |

## NOTICE OF APPEAL

NOTICE IS HEREBY GIVEN THAT Meta Platforms, Inc., ("Meta") hereby appeals to the United States Court of Appeals for the Seventh Circuit from this Court's order denying Meta's Motion to Compel Arbitration, entered in this action on March 5, 2024 (Dkt. 78).

Dated: March 22, 2024

Respectfully submitted,

**LATHAM & WATKINS LLP**

By: */s/ Gary Feinerman*
Gary Feinerman (#6206906)
330 North Wabash Avenue, Suite 2800
Chicago, Illinois 60611
Telephone: (312) 876-7700
Facsimile: (312) 993-9767

Andrew B. Clubok (*pro hac vice*)
Susan E. Engel (*pro hac vice*)
555 Eleventh Street, NW, Suite 1000
Washington, District of Columbia 20005
Telephone: (202) 637-2200
Facsimile: (202) 33-1735

Melanie M. Blunschi (*pro hac vice*)
505 Montgomery Street, Suite 2000
San Francisco, California 94111
Telephone: (415) 391-0600
Facsimile: (415) 395-8095

**DONOVAN ROSE NESTER, P.C.**

Michael J. Nester (#02037211)
15 North 1st Street, Suite A
Belleville, IL 62220
Telephone: (618) 212-6500

*Counsel for Defendant Meta Platforms, Inc.*

**CERTIFICATE OF SERVICE**

      I hereby certify that on March 22, 2024, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filings(s) to all counsel of record.

                                              /s/ Gary Feinerman
                                              Gary Feinerman

Case 3:22-cv-01455-SMY   Document 81   Filed 03/22/24   Page 3 of 3   Page ID #1679